# CERTIFICATION OF KENZIE GOER

I, Kenzie Goer hereby certify, as to claims asserted under the federal securities laws, that:

1. I have reviewed the complaint being filed on my behalf in this matter alleging violations of federal securities laws and I assent to its filing.

2. I did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. My transactions in the securities that are the subject of this action are as follows:

| Purchase Date | Shares Purchased | Cost Basis | Amount |
|---|---|---|---|
| 7/16/2021 | 100 | $16.2380 | $1,638.80 |

5. I am not currently serving as a representative party in any class actions filed under the federal securities laws and I have not served as a representative party in any class actions filed under the federal securities laws during the three years prior to the date of this Certification.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7 day of December, 2022.

*/s/ Kenzie Goer*

Kenzie Goer

Dec 7, 2022