AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

KENZIE GOER, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG

*Defendant(s)*

Civil Action No. 1:22-cv-01291 -RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADAM GILCHRIST
c/o F45 Training Holdings, Inc.
3601 Congress Avenue, Bldg. E
Austin, TX 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce W. Steckler
Steckler Wayne Cherry & Love PLLC
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Philip J. Devlin**

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 12/09/2022

Rebecca L. Nieto

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01291

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| KENZIE GOER, individually, and on behalf of all others similarly situated<br>*Plaintiff(s)*<br>v.<br>F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG<br>*Defendant(s)* | ) | Civil Action No. 1:22-cv-01291-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRIS PAYNE
c/o F45 Training Holdings, Inc.
3601 Congress Avenue, Bldg. E
Austin, TX 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce W. Steckler
Steckler Wayne Cherry & Love PLLC
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Philip J. Devlin**

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 12/09/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01291

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

KENZIE GOER, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG

*Defendant(s)*

Civil Action No. 1:22-cv-01291-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DARREN RICHMAN
Kennedy Lewis Investment Management
111 W. 33rd Steet, Suite 1910
New York, NY 10120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce W. Steckler
Steckler Wayne Cherry & Love PLLC
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Philip J. Devlin**

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 12/09/2022

Rebecca L. Nieto

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01291

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

KENZIE GOER, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG

*Defendant(s)*

Civil Action No. 1:22-cv-01291-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* F45 TRAINING HOLDINGS, INC.
3601 Congress Avenue, Bldg. E
Austin, TX 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce W. Steckler
Steckler Wayne Cherry & Love PLLC
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Philip J. Devlin**
*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 12/09/2022

Rebecca L. Nieto
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01291

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

KENZIE GOER, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG

*Defendant(s)*

Civil Action No. 1:22-cv-01291 -RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARK WAHLBERG
c/o F45 Training Holdings, Inc.
3601 Congress Avenue, Bldg. E
Austin, TX 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce W. Steckler
Steckler Wayne Cherry & Love PLLC
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Philip J. Devlin**

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 12/09/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01291

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

KENZIE GOER, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG

*Defendant(s)*

Civil Action No. 1:22-cv-01291-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL RAYMOND
c/o F45 Training Holdings, Inc.
3601 Congress Avenue, Bldg. E
Austin, TX 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce W. Steckler
Steckler Wayne Cherry & Love PLLC
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Philip J. Devlin**
*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 12/09/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01291

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: