UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Kenzie Goer §
§
§
vs. §       NO:   AU:22-CV-01291-RP
§
F45 Training Holdings, Inc., Chris Payne, Adam §
Gilchrist, Michael Raymond, Darren Richman,
Mark Wahlberg

O R D ER

**BE IT REMEMBERED** on  this  the  21st day of December, 2022, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Stephen Basser, counsel for   and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Stephen Basser may appear on behalf of  in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 21st day of December, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE