**FILED**

January 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**KENZIE GOER, individually and on behalf of all others similarly situated**

-vs-

**F45 TRAINING HOLDINGS, INC., et al.**

**Case No.** __1:22-cv-01291-RP__

**O R D E R**

BE IT REMEMBERED on this the __18th__ day of __January__, 20 _23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**Lissa M. Percopo**__ ("Applicant"), counsel for __**Def't F45 Training Holdings**__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __**Def't F45 Training Holdings,**__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __18th__ day of __January__ 20 _23_.

_____
UNITED STATES DISTRICT JUDGE