**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| KENZIE GOER, on behalf of itself and all others similarly situated, | § § § § | Case No. 1:22-cv-01291-RP |
| Plaintiff, | § § § | CLASS ACTION |
| v. | § § | |
| F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG, | § § § § § § | |
| Defendants. | § § | |

**DECLARATION OF GUILLAUME BUELL IN SUPPORT OF THE MOTION OF PLEDGE CAPITAL LLC FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, Guillaume Buell, declare as follows:

I am a member in good standing of the bar of the State of Texas and admitted to practice before this Court. I am an attorney at the law firm of Labaton Sucharow LLP, proposed Lead Counsel for the Class. I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Pledge Capital LLC ("Pledge Capital"), for the entry of an Order: (1) appointing Pledge Capital as Lead Plaintiff; (2) approving Pledge Capital's selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Pledge Capital, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(2);

EXHIBIT B:    A chart reflecting Pledge Capital's transactions in F45 Training Holdings, Inc. common stock and approximate losses;

EXHIBIT C:    Declaration of Edward W. Chang in Support of Pledge Capital LLC's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;

EXHIBIT D:    Notice of pendency of *Goer v. F45 Training Holdings, Inc.*, No. 1:22-cv-01291 (W.D. Tex.) published on December 8, 2022; and

EXHIBIT E:    Firm Resume of Labaton Sucharow LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  February 6, 2023                    Respectfully submitted,

                                            */s/ Guillaume Buell*_____
                                            Guillaume Buell
                                            State Bar No. 24080813
                                            Federal Bar No. 24080813

                                            **LABATON SUCHAROW LLP**
                                            140 Broadway
                                            New York, New York 10005
                                            Telephone: (212) 907-0700
                                            Facsimile: (212) 818-0477
                                            gbuell@labaton.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 6, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Guillaume Buell*_____
Guillaume Buell