# Exhibit A

**CERTIFICATION**

I, Edward W. Chang, as Managing Partner and Portfolio Manager of Pledge Capital LLC ("Pledge Capital"), hereby certify as follows:

1.     I am fully authorized to enter into and execute this Certification on behalf of Pledge Capital.  I have reviewed a complaint filed against F45 Training Holdings Inc. ("F45 Training") alleging violations of the federal securities laws and authorize the filing of this lead plaintiff motion;

2.     Pledge Capital did not purchase securities of F45 Training at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.     Pledge Capital is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.     Pledge Capital's transactions in F45 Training securities during the relevant period are reflected in Exhibit A, attached hereto;

5.     Pledge Capital has full power and authority to bring suit and/or seek appointment as lead plaintiff in order to recover losses suffered as a result of investments in F45 Training securities. As the Registered Investment Adviser for each of the client accounts listed on Exhibit A below, Pledge Capital has received an assignment of claims transferring all rights and title to prosecute all causes of action relating to those transactions in F45 Training securities;

6.     Pledge Capital has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

7.     Beyond its pro rata share of any recovery (which Pledge Capital has agreed to remit back to each client), Pledge Capital will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 6th day of February, 2023.

DocuSigned by:

*Edward Chang*

49CB035466934B1...

Edward W. Chang
*Managing Partner and Portfolio Manager*
*Pledge Capital LLC*

# EXHIBIT A

## TRANSACTIONS IN F45 TRAINING HOLDINGS INC.

### Lillian & Alexander Chang

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 1/10/2022 | 5,469.00 | $11.29 | ($61,730.69) |
| Bought | 1/10/2022 | 1,255.00 | $11.45 | ($14,367.31) |
| Bought | 1/10/2022 | 810.00 | $11.28 | ($9,135.71) |
| Bought | 1/11/2022 | 388.00 | $11.79 | ($4,572.78) |
| Bought | 1/11/2022 | 757.00 | $11.92 | ($9,023.93) |
| Bought | 1/11/2022 | 378.00 | $11.70 | ($4,422.53) |
| Bought | 1/11/2022 | 818.00 | $12.07 | ($9,869.57) |
| Bought | 1/11/2022 | 373.00 | $12.10 | ($4,513.30) |
| Bought | 1/11/2022 | 350.00 | $12.10 | ($4,235.00) |
| Bought | 1/11/2022 | 173.00 | $12.11 | ($2,095.75) |
| Bought | 1/11/2022 | 232.00 | $12.18 | ($2,825.15) |
| Bought | 1/11/2022 | 171.00 | $12.39 | ($2,118.69) |
| Bought | 1/12/2022 | 330.00 | $12.71 | ($4,194.30) |
| Bought | 1/19/2022 | 1,168.00 | $12.12 | ($14,158.55) |
| Bought | 1/20/2022 | 611.00 | $12.51 | ($7,641.56) |
| Bought | 1/20/2022 | 550.00 | $12.67 | ($6,968.25) |
| Bought | 1/20/2022 | 453.00 | $12.91 | ($5,848.23) |
| Bought | 1/20/2022 | 711.00 | $12.85 | ($9,134.13) |
| Bought | 1/21/2022 | 240.00 | $12.85 | ($3,084.99) |
| Bought | 2/9/2022 | 404.00 | $13.95 | ($5,637.33) |
| Bought | 2/9/2022 | 203.00 | $13.95 | ($2,831.85) |
| Bought | 2/9/2022 | 175.00 | $14.00 | ($2,449.51) |
| Bought | 2/18/2022 | 729.00 | $14.75 | ($10,754.84) |
| Sold | 3/4/2022 | -3,220.00 | $13.93 | $44,850.64 |
| Bought | 3/14/2022 | 329.00 | $14.92 | ($4,909.98) |
| Bought | 3/14/2022 | 404.00 | $14.23 | ($5,748.04) |
| Bought | 3/14/2022 | 670.00 | $14.31 | ($9,586.87) |
| Bought | 3/14/2022 | 563.00 | $14.18 | ($7,985.57) |
| Bought | 3/14/2022 | 1,033.00 | $13.53 | ($13,974.81) |
| Bought | 3/14/2022 | 400.00 | $13.55 | ($5,419.68) |
| Bought | 3/14/2022 | 408.00 | $13.52 | ($5,517.07) |
| Bought | 3/25/2022 | 339.00 | $11.31 | ($3,834.00) |
| Bought | 3/25/2022 | 511.00 | $11.33 | ($5,787.13) |
| Bought | 3/28/2022 | 585.00 | $11.20 | ($6,551.83) |
| Bought | 4/12/2022 | 1,008.00 | $10.75 | ($10,831.01) |
| Sold | 5/6/2022 | -6,717.00 | $7.53 | $50,580.79 |

1

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 5/12/2022 | 1,865.00 | $6.57 | ($12,253.03) |
| Bought | 7/21/2022 | 672.00 | $4.07 | ($2,735.04) |
| Sold | 7/26/2022 | -7,031.00 | $1.75 | $12,323.14 |
| Sold | 7/27/2022 | -1,206.00 | $1.22 | $1,471.32 |
| Sold | 8/16/2022 | -7,361.00 | $1.91 | $14,032.79 |

**Shun-Sheng Liao**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 1/10/2022 | 4,689.00 | $11.29 | ($52,926.53) |
| Bought | 1/10/2022 | 1,070.00 | $11.45 | ($12,249.42) |
| Bought | 1/10/2022 | 690.00 | $11.28 | ($7,782.27) |
| Bought | 1/11/2022 | 338.00 | $11.79 | ($3,983.51) |
| Bought | 1/11/2022 | 642.00 | $11.92 | ($7,653.06) |
| Bought | 1/11/2022 | 346.00 | $11.70 | ($4,048.14) |
| Bought | 1/11/2022 | 675.00 | $12.07 | ($8,144.20) |
| Bought | 1/11/2022 | 315.00 | $12.10 | ($3,811.50) |
| Bought | 1/11/2022 | 300.00 | $12.10 | ($3,630.00) |
| Bought | 1/11/2022 | 147.00 | $12.11 | ($1,780.78) |
| Bought | 1/11/2022 | 199.00 | $12.18 | ($2,423.30) |
| Bought | 1/11/2022 | 144.00 | $12.39 | ($1,784.16) |
| Bought | 1/12/2022 | -223.00 | $12.73 | $2,839.15 |
| Bought | 1/19/2022 | 960.00 | $12.12 | ($11,637.17) |
| Bought | 1/20/2022 | 496.00 | $12.51 | ($6,203.29) |
| Bought | 1/20/2022 | 454.00 | $12.67 | ($5,751.97) |
| Bought | 1/20/2022 | 358.00 | $12.91 | ($4,621.78) |
| Bought | 1/20/2022 | 577.00 | $12.85 | ($7,412.65) |
| Bought | 1/21/2022 | 195.00 | $12.85 | ($2,506.55) |
| Bought | 2/9/2022 | 317.00 | $13.95 | ($4,423.35) |
| Bought | 2/9/2022 | 177.00 | $13.95 | ($2,469.15) |
| Bought | 2/9/2022 | 141.00 | $14.00 | ($1,973.60) |
| Bought | 2/18/2022 | 601.00 | $14.75 | ($8,866.47) |
| Sold | 3/4/2022 | -2,621.00 | $13.93 | $36,507.30 |
| Bought | 3/14/2022 | 268.00 | $14.92 | ($3,999.62) |
| Bought | 3/14/2022 | 328.00 | $14.23 | ($4,666.73) |
| Bought | 3/14/2022 | 544.00 | $14.31 | ($7,783.96) |
| Bought | 3/14/2022 | 457.00 | $14.18 | ($6,482.07) |
| Bought | 3/14/2022 | 838.00 | $13.53 | ($11,336.77) |
| Bought | 3/14/2022 | 326.00 | $13.55 | ($4,417.04) |
| Bought | 3/14/2022 | 331.00 | $13.52 | ($4,475.86) |
| Bought | 3/25/2022 | 275.00 | $11.31 | ($3,110.18) |
| Bought | 3/25/2022 | 415.00 | $11.33 | ($4,699.92) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 3/28/2022 | 476.00 | $11.20 | ($5,331.06) |
| Bought | 4/12/2022 | 818.00 | $10.75 | ($8,789.45) |
| Sold | 5/6/2022 | -5,456.00 | $7.53 | $41,085.12 |
| Bought | 5/12/2022 | 1,514.00 | $6.57 | ($9,946.96) |
| Bought | 7/21/2022 | 534.00 | $4.07 | ($2,173.38) |
| Sold | 7/26/2022 | -5,697.00 | $1.75 | $9,985.05 |
| Sold | 7/27/2022 | -980.00 | $1.22 | $1,195.60 |
| Sold | 8/16/2022 | -5,978.00 | $1.91 | $11,396.28 |

### Ko Feng Won

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 1/10/2022 | 3,000.00 | $11.29 | ($33,862.14) |
| Bought | 1/10/2022 | 687.00 | $11.45 | ($7,864.81) |
| Bought | 1/10/2022 | 445.00 | $11.28 | ($5,019.00) |
| Bought | 1/11/2022 | 213.00 | $11.79 | ($2,510.32) |
| Bought | 1/11/2022 | 411.00 | $11.92 | ($4,899.39) |
| Bought | 1/11/2022 | 209.00 | $11.70 | ($2,445.26) |
| Bought | 1/11/2022 | 445.00 | $12.07 | ($5,369.14) |
| Bought | 1/11/2022 | 201.00 | $12.10 | ($2,432.10) |
| Bought | 1/11/2022 | 192.00 | $12.10 | ($2,323.20) |
| Bought | 1/11/2022 | 95.00 | $12.11 | ($1,150.85) |
| Bought | 1/11/2022 | 127.00 | $12.18 | ($1,546.53) |
| Bought | 1/11/2022 | 92.00 | $12.39 | ($1,139.88) |
| Bought | 1/12/2022 | -26.00 | $12.73 | $331.02 |
| Bought | 1/19/2022 | 636.00 | $12.12 | ($7,709.62) |
| Bought | 1/20/2022 | 322.00 | $12.51 | ($4,027.14) |
| Bought | 1/20/2022 | 291.00 | $12.67 | ($3,686.84) |
| Bought | 1/20/2022 | 240.00 | $12.91 | ($3,098.40) |
| Bought | 1/20/2022 | 376.00 | $12.85 | ($4,830.43) |
| Bought | 1/21/2022 | 136.00 | $12.85 | ($1,748.16) |
| Bought | 2/9/2022 | 212.00 | $13.95 | ($2,958.20) |
| Bought | 2/9/2022 | 114.00 | $13.95 | ($1,590.30) |
| Bought | 2/9/2022 | 93.00 | $14.00 | ($1,301.74) |
| Bought | 2/18/2022 | 405.00 | $14.75 | ($5,974.91) |
| Sold | 3/4/2022 | -1,718.00 | $13.93 | $23,929.62 |
| Bought | 3/14/2022 | 175.00 | $14.92 | ($2,611.69) |
| Bought | 3/14/2022 | 215.00 | $14.23 | ($3,058.98) |
| Bought | 3/14/2022 | 357.00 | $14.31 | ($5,108.23) |
| Bought | 3/14/2022 | 299.00 | $14.18 | ($4,241.00) |
| Bought | 3/14/2022 | 550.00 | $13.53 | ($7,440.60) |
| Bought | 3/14/2022 | 213.00 | $13.55 | ($2,885.98) |

3

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 3/14/2022 | 217.00 | $13.52 | ($2,934.32) |
| Bought | 3/25/2022 | 183.00 | $11.31 | ($2,069.68) |
| Bought | 3/25/2022 | 268.00 | $11.33 | ($3,035.13) |
| Bought | 3/28/2022 | 312.00 | $11.20 | ($3,494.31) |
| Bought | 4/12/2022 | 536.00 | $10.75 | ($5,759.35) |
| Sold | 5/6/2022 | -3,568.00 | $7.53 | $26,867.98 |
| Bought | 5/12/2022 | 993.00 | $6.57 | ($6,524.00) |
| Bought | 7/21/2022 | 359.00 | $4.07 | ($1,461.13) |
| Sold | 7/26/2022 | -3,743.00 | $1.75 | $6,560.30 |
| Sold | 7/27/2022 | -643.00 | $1.22 | $784.46 |
| Sold | 8/16/2022 | -3,921.00 | $1.91 | $7,474.88 |

**Malinda Chen**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 1/10/2022 | 1,328.00 | $11.29 | ($14,989.64) |
| Bought | 1/10/2022 | 303.00 | $11.45 | ($3,468.76) |
| Bought | 1/10/2022 | 196.00 | $11.28 | ($2,210.62) |
| Bought | 1/11/2022 | 96.00 | $11.79 | ($1,131.41) |
| Bought | 1/11/2022 | 181.00 | $11.92 | ($2,157.64) |
| Bought | 1/11/2022 | 93.00 | $11.70 | ($1,088.08) |
| Bought | 1/11/2022 | 196.00 | $12.07 | ($2,364.84) |
| Bought | 1/11/2022 | 88.00 | $12.10 | ($1,064.80) |
| Bought | 1/11/2022 | 85.00 | $12.10 | ($1,028.50) |
| Bought | 1/11/2022 | 42.00 | $12.11 | ($508.80) |
| Bought | 1/11/2022 | 56.00 | $12.18 | ($681.93) |
| Bought | 1/11/2022 | 41.00 | $12.39 | ($507.99) |
| Bought | 1/12/2022 | -30.00 | $12.73 | $381.95 |
| Bought | 1/19/2022 | 278.00 | $12.12 | ($3,369.93) |
| Bought | 1/20/2022 | 140.00 | $12.51 | ($1,750.93) |
| Bought | 1/20/2022 | 127.00 | $12.67 | ($1,609.03) |
| Bought | 1/20/2022 | 105.00 | $12.91 | ($1,355.55) |
| Bought | 1/20/2022 | 164.00 | $12.85 | ($2,106.89) |
| Bought | 1/21/2022 | 62.00 | $12.85 | ($796.95) |
| Bought | 2/9/2022 | 96.00 | $13.95 | ($1,339.56) |
| Bought | 2/9/2022 | 50.00 | $13.95 | ($697.50) |
| Bought | 2/9/2022 | 41.00 | $14.00 | ($573.89) |
| Bought | 2/18/2022 | 181.00 | $14.75 | ($2,670.27) |
| Sold | 3/4/2022 | -754.00 | $13.93 | $10,502.29 |
| Bought | 3/14/2022 | 76.00 | $14.92 | ($1,134.22) |
| Bought | 3/14/2022 | 95.00 | $14.23 | ($1,351.64) |
| Bought | 3/14/2022 | 156.00 | $14.31 | ($2,232.17) |

4

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 3/14/2022 | 132.00 | $14.18 | ($1,872.28) |
| Bought | 3/14/2022 | 241.00 | $13.53 | ($3,260.34) |
| Bought | 3/14/2022 | 94.00 | $13.55 | ($1,273.62) |
| Bought | 3/14/2022 | 96.00 | $13.52 | ($1,298.13) |
| Bought | 3/25/2022 | 80.00 | $11.31 | ($904.78) |
| Bought | 3/25/2022 | 118.00 | $11.33 | ($1,336.36) |
| Bought | 3/28/2022 | 137.00 | $11.20 | ($1,534.36) |
| Bought | 4/12/2022 | 236.00 | $10.75 | ($2,535.83) |
| Sold | 5/6/2022 | -1,563.00 | $7.53 | $11,769.80 |
| Bought | 5/12/2022 | 428.00 | $6.57 | ($2,811.95) |
| Bought | 7/21/2022 | 156.00 | $4.07 | ($634.92) |
| Sold | 7/26/2022 | -1,643.00 | $1.75 | $2,879.66 |
| Sold | 7/27/2022 | -275.00 | $1.22 | $335.50 |
| Sold | 8/16/2022 | -1,729.00 | $1.91 | $3,296.11 |

**Ernest Fu**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 1/10/2022 | 950.00 | $11.29 | ($10,723.01) |
| Bought | 1/10/2022 | 217.00 | $11.45 | ($2,484.23) |
| Bought | 1/10/2022 | 141.00 | $11.28 | ($1,590.29) |
| Bought | 1/11/2022 | 68.00 | $11.79 | ($801.42) |
| Bought | 1/11/2022 | 130.00 | $11.92 | ($1,549.68) |
| Bought | 1/11/2022 | 66.00 | $11.70 | ($772.19) |
| Bought | 1/11/2022 | 141.00 | $12.07 | ($1,701.23) |
| Bought | 1/11/2022 | 64.00 | $12.10 | ($774.40) |
| Bought | 1/11/2022 | 61.00 | $12.10 | ($738.10) |
| Bought | 1/11/2022 | 30.00 | $12.11 | ($363.43) |
| Bought | 1/11/2022 | 40.00 | $12.18 | ($487.10) |
| Bought | 1/11/2022 | 29.00 | $12.39 | ($359.31) |
| Bought | 1/12/2022 | -6.00 | $12.73 | $76.39 |
| Bought | 1/19/2022 | 201.00 | $12.12 | ($2,436.53) |
| Bought | 1/20/2022 | 102.00 | $12.51 | ($1,275.68) |
| Bought | 1/20/2022 | 92.00 | $12.67 | ($1,165.60) |
| Bought | 1/20/2022 | 77.00 | $12.91 | ($994.07) |
| Bought | 1/20/2022 | 119.00 | $12.85 | ($1,528.78) |
| Bought | 1/21/2022 | 42.00 | $12.85 | ($539.87) |
| Bought | 2/9/2022 | 67.00 | $13.95 | ($934.90) |
| Bought | 2/9/2022 | 36.00 | $13.95 | ($502.20) |
| Bought | 2/9/2022 | 29.00 | $14.00 | ($405.92) |
| Bought | 2/18/2022 | 128.00 | $14.75 | ($1,888.37) |
| Sold | 3/4/2022 | -544.00 | $13.93 | $7,577.25 |

5

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Bought | 3/14/2022 | 54.00 | $14.92 | ($805.89) |
| Bought | 3/14/2022 | 68.00 | $14.23 | ($967.49) |
| Bought | 3/14/2022 | 113.00 | $14.31 | ($1,616.89) |
| Bought | 3/14/2022 | 95.00 | $14.18 | ($1,347.48) |
| Bought | 3/14/2022 | 174.00 | $13.53 | ($2,353.94) |
| Bought | 3/14/2022 | 67.00 | $13.55 | ($907.80) |
| Bought | 3/14/2022 | 69.00 | $13.52 | ($933.03) |
| Bought | 3/25/2022 | 57.00 | $11.31 | ($644.66) |
| Bought | 3/25/2022 | 85.00 | $11.33 | ($962.63) |
| Bought | 3/28/2022 | 99.00 | $11.20 | ($1,108.77) |
| Bought | 4/12/2022 | 169.00 | $10.75 | ($1,815.91) |
| Sold | 5/6/2022 | -1,131.00 | $7.53 | $8,516.73 |
| Bought | 5/12/2022 | 312.00 | $6.57 | ($2,049.84) |
| Bought | 7/21/2022 | 110.00 | $4.07 | ($447.70) |
| Sold | 7/26/2022 | -1,181.00 | $1.75 | $2,069.92 |
| Sold | 7/27/2022 | -202.00 | $1.22 | $246.44 |
| Sold | 8/16/2022 | -1,238.00 | $1.91 | $2,360.09 |