**Exhibit B**

**LOSS ANALYSIS**
**Relevant Period: Pursuant/traceable to 7/15/21 IPO**

**F45 TRAINING HOLDINGS INC.**

| | TICKER | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|---|
| | FXLV | 30322L101 | US30322L1017 | BL53KF5 | $2.9600 [1] |

**LIFO**

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|
| Lillian & Alexander Chang | Open | 7/15/2021 | 0 | | | | |
| Lillian & Alexander Chang | Bought | 1/10/2022 | 5,469 | $11.29 | ($61,730.69) | $16,188.24 | ($45,542.45) |
| Lillian & Alexander Chang | Bought | 1/10/2022 | 1,255 | $11.45 | ($14,367.31) | $3,714.80 | ($10,652.51) |
| Lillian & Alexander Chang | Bought | 1/10/2022 | 810 | $11.28 | ($9,135.71) | $2,397.60 | ($6,738.11) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 388 | $11.79 | ($4,572.78) | $1,148.48 | ($3,424.30) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 757 | $11.92 | ($9,023.93) | $2,240.72 | ($6,783.21) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 378 | $11.70 | ($4,422.53) | $1,118.88 | ($3,303.65) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 818 | $12.07 | ($9,869.57) | $2,421.28 | ($7,448.29) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 373 | $12.10 | ($4,513.30) | $1,104.08 | ($3,409.22) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 350 | $12.10 | ($4,235.00) | $1,036.00 | ($3,199.00) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 173 | $12.11 | ($2,095.75) | $512.08 | ($1,583.67) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 232 | $12.18 | ($2,825.15) | $686.72 | ($2,138.43) |
| Lillian & Alexander Chang | Bought | 1/11/2022 | 171 | $12.39 | ($2,118.69) | $506.16 | ($1,612.53) |
| Lillian & Alexander Chang | Bought | 1/12/2022 | 330 | $12.71 | ($4,194.30) | $976.80 | ($3,217.50) |
| Lillian & Alexander Chang | Bought | 1/19/2022 | 1,168 | $12.12 | ($14,158.55) | $3,457.28 | ($10,701.27) |
| Lillian & Alexander Chang | Bought | 1/20/2022 | 611 | $12.51 | ($7,641.56) | $1,808.56 | ($5,833.00) |
| Lillian & Alexander Chang | Bought | 1/20/2022 | 550 | $12.67 | ($6,968.25) | $1,628.00 | ($5,340.25) |
| Lillian & Alexander Chang | Bought | 1/20/2022 | 453 | $12.91 | ($5,848.23) | $1,340.88 | ($4,507.35) |
| Lillian & Alexander Chang | Bought | 1/20/2022 | 711 | $12.85 | ($9,134.13) | $2,104.56 | ($7,029.57) |
| Lillian & Alexander Chang | Bought | 1/21/2022 | 240 | $12.85 | ($3,084.99) | $710.40 | ($2,374.59) |
| Lillian & Alexander Chang | Bought | 2/9/2022 | 404 | $13.95 | ($5,637.33) | $1,195.84 | ($4,441.49) |
| Lillian & Alexander Chang | Bought | 2/9/2022 | 203 | $13.95 | ($2,831.85) | $600.88 | ($2,230.97) |
| Lillian & Alexander Chang | Bought | 2/9/2022 | 175 | $14.00 | ($2,449.51) | $518.00 | ($1,931.51) |
| Lillian & Alexander Chang | Bought | 2/18/2022 | 729 | $14.75 | ($10,754.84) | $2,157.84 | ($8,597.00) |
| Lillian & Alexander Chang | Sold | 3/4/2022 | -3,220 | $13.93 | $44,850.64 | ($9,531.20) | $35,319.44 |
| Lillian & Alexander Chang | Bought | 3/14/2022 | 329 | $14.92 | ($4,909.98) | $973.84 | ($3,936.14) |
| Lillian & Alexander Chang | Bought | 3/14/2022 | 404 | $14.23 | ($5,748.04) | $1,195.84 | ($4,552.20) |
| Lillian & Alexander Chang | Bought | 3/14/2022 | 670 | $14.31 | ($9,586.87) | $1,983.20 | ($7,603.67) |
| Lillian & Alexander Chang | Bought | 3/14/2022 | 563 | $14.18 | ($7,985.57) | $1,666.48 | ($6,319.09) |
| Lillian & Alexander Chang | Bought | 3/14/2022 | 1,033 | $13.53 | ($13,974.81) | $3,057.68 | ($10,917.13) |
| Lillian & Alexander Chang | Bought | 3/14/2022 | 400 | $13.55 | ($5,419.68) | $1,184.00 | ($4,235.68) |
| Lillian & Alexander Chang | Bought | 3/14/2022 | 408 | $13.52 | ($5,517.07) | $1,207.68 | ($4,309.39) |
| Lillian & Alexander Chang | Bought | 3/25/2022 | 339 | $11.31 | ($3,834.00) | $1,003.44 | ($2,830.56) |
| Lillian & Alexander Chang | Bought | 3/25/2022 | 511 | $11.33 | ($5,787.13) | $1,512.56 | ($4,274.57) |
| Lillian & Alexander Chang | Bought | 3/28/2022 | 585 | $11.20 | ($6,551.83) | $1,731.60 | ($4,820.23) |
| Lillian & Alexander Chang | Bought | 4/12/2022 | 1,008 | $10.75 | ($10,831.01) | $2,983.68 | ($7,847.33) |
| Lillian & Alexander Chang | Sold | 5/6/2022 | -6,717 | $7.53 | $50,580.79 | ($19,882.32) | $30,698.47 |
| Lillian & Alexander Chang | Bought | 5/12/2022 | 1,865 | $6.57 | ($12,253.03) | $5,520.40 | ($6,732.63) |
| Lillian & Alexander Chang | Bought | 7/21/2022 | 672 | $4.07 | ($2,735.04) | $1,989.12 | ($745.92) |
| Lillian & Alexander Chang | Sold | 7/26/2022 | -7,031 | $1.75 | $12,323.14 | ($20,811.76) | ($8,488.62) |
| Lillian & Alexander Chang | Sold | 7/27/2022 | -1,206 | $1.22 | $1,471.32 | ($3,569.76) | ($2,098.44) |
| Lillian & Alexander Chang | Sold | 8/16/2022 | -7,361 | $1.91 | $14,032.79 | ($21,788.56) | ($7,755.77) |
| **Lillian & Alexander Chang** | **Close** | **12/8/2022** | **0** | | **($173,489.34)** | | **($173,489.34)** |
| | | | | | | | |
| Shun-Sheng Liao | Open | 7/15/2021 | 0 | | | | |
| Shun-Sheng Liao | Bought | 1/10/2022 | 4,689 | $11.29 | ($52,926.53) | $13,879.44 | ($39,047.09) |
| Shun-Sheng Liao | Bought | 1/10/2022 | 1,070 | $11.45 | ($12,249.42) | $3,167.20 | ($9,082.22) |

[1]  *Value of shares held is the close price on 12/8/2022.*

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|
| Shun-Sheng Liao | Bought | 1/10/2022 | 690 | $11.28 | ($7,782.27) | $2,042.40 | ($5,739.87) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 338 | $11.79 | ($3,983.51) | $1,000.48 | ($2,983.03) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 642 | $11.92 | ($7,653.06) | $1,900.32 | ($5,752.74) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 346 | $11.70 | ($4,048.14) | $1,024.16 | ($3,023.98) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 675 | $12.07 | ($8,144.20) | $1,998.00 | ($6,146.20) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 315 | $12.10 | ($3,811.50) | $932.40 | ($2,879.10) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 300 | $12.10 | ($3,630.00) | $888.00 | ($2,742.00) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 147 | $12.11 | ($1,780.78) | $435.12 | ($1,345.66) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 199 | $12.18 | ($2,423.30) | $589.04 | ($1,834.26) |
| Shun-Sheng Liao | Bought | 1/11/2022 | 144 | $12.39 | ($1,784.16) | $426.24 | ($1,357.92) |
| Shun-Sheng Liao | Sold | 1/12/2022 | -223 | $12.73 | $2,839.15 | ($660.08) | $2,179.07 |
| Shun-Sheng Liao | Bought | 1/19/2022 | 960 | $12.12 | ($11,637.17) | $2,841.60 | ($8,795.57) |
| Shun-Sheng Liao | Bought | 1/20/2022 | 496 | $12.51 | ($6,203.29) | $1,468.16 | ($4,735.13) |
| Shun-Sheng Liao | Bought | 1/20/2022 | 454 | $12.67 | ($5,751.97) | $1,343.84 | ($4,408.13) |
| Shun-Sheng Liao | Bought | 1/20/2022 | 358 | $12.91 | ($4,621.78) | $1,059.68 | ($3,562.10) |
| Shun-Sheng Liao | Bought | 1/20/2022 | 577 | $12.85 | ($7,412.65) | $1,707.92 | ($5,704.73) |
| Shun-Sheng Liao | Bought | 1/21/2022 | 195 | $12.85 | ($2,506.55) | $577.20 | ($1,929.35) |
| Shun-Sheng Liao | Bought | 2/9/2022 | 317 | $13.95 | ($4,423.35) | $938.32 | ($3,485.03) |
| Shun-Sheng Liao | Bought | 2/9/2022 | 177 | $13.95 | ($2,469.15) | $523.92 | ($1,945.23) |
| Shun-Sheng Liao | Bought | 2/9/2022 | 141 | $14.00 | ($1,973.60) | $417.36 | ($1,556.24) |
| Shun-Sheng Liao | Bought | 2/18/2022 | 601 | $14.75 | ($8,866.47) | $1,778.96 | ($7,087.51) |
| Shun-Sheng Liao | Sold | 3/4/2022 | -2,621 | $13.93 | $36,507.30 | ($7,758.16) | $28,749.14 |
| Shun-Sheng Liao | Bought | 3/14/2022 | 268 | $14.92 | ($3,999.62) | $793.28 | ($3,206.34) |
| Shun-Sheng Liao | Bought | 3/14/2022 | 328 | $14.23 | ($4,666.73) | $970.88 | ($3,695.85) |
| Shun-Sheng Liao | Bought | 3/14/2022 | 544 | $14.31 | ($7,783.96) | $1,610.24 | ($6,173.72) |
| Shun-Sheng Liao | Bought | 3/14/2022 | 457 | $14.18 | ($6,482.07) | $1,352.72 | ($5,129.35) |
| Shun-Sheng Liao | Bought | 3/14/2022 | 838 | $13.53 | ($11,336.77) | $2,480.48 | ($8,856.29) |
| Shun-Sheng Liao | Bought | 3/14/2022 | 326 | $13.55 | ($4,417.04) | $964.96 | ($3,452.08) |
| Shun-Sheng Liao | Bought | 3/14/2022 | 331 | $13.52 | ($4,475.86) | $979.76 | ($3,496.10) |
| Shun-Sheng Liao | Bought | 3/25/2022 | 275 | $11.31 | ($3,110.18) | $814.00 | ($2,296.18) |
| Shun-Sheng Liao | Bought | 3/25/2022 | 415 | $11.33 | ($4,699.92) | $1,228.40 | ($3,471.52) |
| Shun-Sheng Liao | Bought | 3/28/2022 | 476 | $11.20 | ($5,331.06) | $1,408.96 | ($3,922.10) |
| Shun-Sheng Liao | Bought | 4/12/2022 | 818 | $10.75 | ($8,789.45) | $2,421.28 | ($6,368.17) |
| Shun-Sheng Liao | Sold | 5/6/2022 | -5,456 | $7.53 | $41,085.12 | ($16,149.76) | $24,935.36 |
| Shun-Sheng Liao | Bought | 5/12/2022 | 1,514 | $6.57 | ($9,946.96) | $4,481.44 | ($5,465.52) |
| Shun-Sheng Liao | Bought | 7/21/2022 | 534 | $4.07 | ($2,173.38) | $1,580.64 | ($592.74) |
| Shun-Sheng Liao | Sold | 7/26/2022 | -5,697 | $1.75 | $9,985.05 | ($16,863.12) | ($6,878.07) |
| Shun-Sheng Liao | Sold | 7/27/2022 | -980 | $1.22 | $1,195.60 | ($2,900.80) | ($1,705.20) |
| Shun-Sheng Liao | Sold | 8/16/2022 | -5,978 | $1.91 | $11,396.28 | ($17,694.88) | ($6,298.60) |
| **Shun-Sheng Liao** | **Close** | **12/8/2022** | **0** | | **($140,287.35)** | | **($140,287.35)** |
| | | | | | | | |
| Ko Feng Won | Open | 7/15/2021 | 0 | | | | |
| Ko Feng Won | Bought | 1/10/2022 | 3,000 | $11.29 | ($33,862.14) | $8,880.00 | ($24,982.14) |
| Ko Feng Won | Bought | 1/10/2022 | 687 | $11.45 | ($7,864.81) | $2,033.52 | ($5,831.29) |
| Ko Feng Won | Bought | 1/10/2022 | 445 | $11.28 | ($5,019.00) | $1,317.20 | ($3,701.80) |
| Ko Feng Won | Bought | 1/11/2022 | 213 | $11.79 | ($2,510.32) | $630.48 | ($1,879.84) |
| Ko Feng Won | Bought | 1/11/2022 | 411 | $11.92 | ($4,899.39) | $1,216.56 | ($3,682.83) |
| Ko Feng Won | Bought | 1/11/2022 | 209 | $11.70 | ($2,445.26) | $618.64 | ($1,826.62) |
| Ko Feng Won | Bought | 1/11/2022 | 445 | $12.07 | ($5,369.14) | $1,317.20 | ($4,051.94) |
| Ko Feng Won | Bought | 1/11/2022 | 201 | $12.10 | ($2,432.10) | $594.96 | ($1,837.14) |
| Ko Feng Won | Bought | 1/11/2022 | 192 | $12.10 | ($2,323.20) | $568.32 | ($1,754.88) |
| Ko Feng Won | Bought | 1/11/2022 | 95 | $12.11 | ($1,150.85) | $281.20 | ($869.65) |
| Ko Feng Won | Bought | 1/11/2022 | 127 | $12.18 | ($1,546.53) | $375.92 | ($1,170.61) |
| Ko Feng Won | Bought | 1/11/2022 | 92 | $12.39 | ($1,139.88) | $272.32 | ($867.56) |
| Ko Feng Won | Sold | 1/12/2022 | -26 | $12.73 | $331.02 | ($76.96) | $254.06 |
| Ko Feng Won | Bought | 1/19/2022 | 636 | $12.12 | ($7,709.62) | $1,882.56 | ($5,827.06) |
| Ko Feng Won | Bought | 1/20/2022 | 322 | $12.51 | ($4,027.14) | $953.12 | ($3,074.02) |
| Ko Feng Won | Bought | 1/20/2022 | 291 | $12.67 | ($3,686.84) | $861.36 | ($2,825.48) |
| Ko Feng Won | Bought | 1/20/2022 | 240 | $12.91 | ($3,098.40) | $710.40 | ($2,388.00) |
| Ko Feng Won | Bought | 1/20/2022 | 376 | $12.85 | ($4,830.43) | $1,112.96 | ($3,717.47) |

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|
| Ko Feng Won | Bought | 1/21/2022 | 136 | $12.85 | ($1,748.16) | $402.56 | ($1,345.60) |
| Ko Feng Won | Bought | 2/9/2022 | 212 | $13.95 | ($2,958.20) | $627.52 | ($2,330.68) |
| Ko Feng Won | Bought | 2/9/2022 | 114 | $13.95 | ($1,590.30) | $337.44 | ($1,252.86) |
| Ko Feng Won | Bought | 2/9/2022 | 93 | $14.00 | ($1,301.74) | $275.28 | ($1,026.46) |
| Ko Feng Won | Bought | 2/18/2022 | 405 | $14.75 | ($5,974.91) | $1,198.80 | ($4,776.11) |
| Ko Feng Won | Sold | 3/4/2022 | -1,718 | $13.93 | $23,929.62 | ($5,085.28) | $18,844.34 |
| Ko Feng Won | Bought | 3/14/2022 | 175 | $14.92 | ($2,611.69) | $518.00 | ($2,093.69) |
| Ko Feng Won | Bought | 3/14/2022 | 215 | $14.23 | ($3,058.98) | $636.40 | ($2,422.58) |
| Ko Feng Won | Bought | 3/14/2022 | 357 | $14.31 | ($5,108.23) | $1,056.72 | ($4,051.51) |
| Ko Feng Won | Bought | 3/14/2022 | 299 | $14.18 | ($4,241.00) | $885.04 | ($3,355.96) |
| Ko Feng Won | Bought | 3/14/2022 | 550 | $13.53 | ($7,440.60) | $1,628.00 | ($5,812.60) |
| Ko Feng Won | Bought | 3/14/2022 | 213 | $13.55 | ($2,885.98) | $630.48 | ($2,255.50) |
| Ko Feng Won | Bought | 3/14/2022 | 217 | $13.52 | ($2,934.32) | $642.32 | ($2,292.00) |
| Ko Feng Won | Bought | 3/25/2022 | 183 | $11.31 | ($2,069.68) | $541.68 | ($1,528.00) |
| Ko Feng Won | Bought | 3/25/2022 | 268 | $11.33 | ($3,035.13) | $793.28 | ($2,241.85) |
| Ko Feng Won | Bought | 3/28/2022 | 312 | $11.20 | ($3,494.31) | $923.52 | ($2,570.79) |
| Ko Feng Won | Bought | 4/12/2022 | 536 | $10.75 | ($5,759.35) | $1,586.56 | ($4,172.79) |
| Ko Feng Won | Sold | 5/6/2022 | -3,568 | $7.53 | $26,867.98 | ($10,561.28) | $16,306.70 |
| Ko Feng Won | Bought | 5/12/2022 | 993 | $6.57 | ($6,524.00) | $2,939.28 | ($3,584.72) |
| Ko Feng Won | Bought | 7/21/2022 | 359 | $4.07 | ($1,461.13) | $1,062.64 | ($398.49) |
| Ko Feng Won | Sold | 7/26/2022 | -3,743 | $1.75 | $6,560.30 | ($11,079.28) | ($4,518.98) |
| Ko Feng Won | Sold | 7/27/2022 | -643 | $1.22 | $784.46 | ($1,903.28) | ($1,118.82) |
| Ko Feng Won | Sold | 8/16/2022 | -3,921 | $1.91 | $7,474.88 | ($11,606.16) | ($4,131.28) |
| **Ko Feng Won** | **Close** | **12/8/2022** | **0** | | **($92,164.49)** | | **($92,164.49)** |
| | | | | | | | |
| Malinda Chen | Open | 7/15/2021 | 0 | | | | |
| Malinda Chen | Bought | 1/10/2022 | 1,328 | $11.29 | ($14,989.64) | $3,930.88 | ($11,058.76) |
| Malinda Chen | Bought | 1/10/2022 | 303 | $11.45 | ($3,468.76) | $896.88 | ($2,571.88) |
| Malinda Chen | Bought | 1/10/2022 | 196 | $11.28 | ($2,210.62) | $580.16 | ($1,630.46) |
| Malinda Chen | Bought | 1/11/2022 | 96 | $11.79 | ($1,131.41) | $284.16 | ($847.25) |
| Malinda Chen | Bought | 1/11/2022 | 181 | $11.92 | ($2,157.64) | $535.76 | ($1,621.88) |
| Malinda Chen | Bought | 1/11/2022 | 93 | $11.70 | ($1,088.08) | $275.28 | ($812.80) |
| Malinda Chen | Bought | 1/11/2022 | 196 | $12.07 | ($2,364.84) | $580.16 | ($1,784.68) |
| Malinda Chen | Bought | 1/11/2022 | 88 | $12.10 | ($1,064.80) | $260.48 | ($804.32) |
| Malinda Chen | Bought | 1/11/2022 | 85 | $12.10 | ($1,028.50) | $251.60 | ($776.90) |
| Malinda Chen | Bought | 1/11/2022 | 42 | $12.11 | ($508.80) | $124.32 | ($384.48) |
| Malinda Chen | Bought | 1/11/2022 | 56 | $12.18 | ($681.93) | $165.76 | ($516.17) |
| Malinda Chen | Bought | 1/11/2022 | 41 | $12.39 | ($507.99) | $121.36 | ($386.63) |
| Malinda Chen | Sold | 1/12/2022 | -30 | $12.73 | $381.95 | ($88.80) | $293.15 |
| Malinda Chen | Bought | 1/19/2022 | 278 | $12.12 | ($3,369.93) | $822.88 | ($2,547.05) |
| Malinda Chen | Bought | 1/20/2022 | 140 | $12.51 | ($1,750.93) | $414.40 | ($1,336.53) |
| Malinda Chen | Bought | 1/20/2022 | 127 | $12.67 | ($1,609.03) | $375.92 | ($1,233.11) |
| Malinda Chen | Bought | 1/20/2022 | 105 | $12.91 | ($1,355.55) | $310.80 | ($1,044.75) |
| Malinda Chen | Bought | 1/20/2022 | 164 | $12.85 | ($2,106.89) | $485.44 | ($1,621.45) |
| Malinda Chen | Bought | 1/21/2022 | 62 | $12.85 | ($796.95) | $183.52 | ($613.43) |
| Malinda Chen | Bought | 2/9/2022 | 96 | $13.95 | ($1,339.56) | $284.16 | ($1,055.40) |
| Malinda Chen | Bought | 2/9/2022 | 50 | $13.95 | ($697.50) | $148.00 | ($549.50) |
| Malinda Chen | Bought | 2/9/2022 | 41 | $14.00 | ($573.89) | $121.36 | ($452.53) |
| Malinda Chen | Bought | 2/18/2022 | 181 | $14.75 | ($2,670.27) | $535.76 | ($2,134.51) |
| Malinda Chen | Sold | 3/4/2022 | -754 | $13.93 | $10,502.29 | ($2,231.84) | $8,270.45 |
| Malinda Chen | Bought | 3/14/2022 | 76 | $14.92 | ($1,134.22) | $224.96 | ($909.26) |
| Malinda Chen | Bought | 3/14/2022 | 95 | $14.23 | ($1,351.64) | $281.20 | ($1,070.44) |
| Malinda Chen | Bought | 3/14/2022 | 156 | $14.31 | ($2,232.17) | $461.76 | ($1,770.41) |
| Malinda Chen | Bought | 3/14/2022 | 132 | $14.18 | ($1,872.28) | $390.72 | ($1,481.56) |
| Malinda Chen | Bought | 3/14/2022 | 241 | $13.53 | ($3,260.34) | $713.36 | ($2,546.98) |
| Malinda Chen | Bought | 3/14/2022 | 94 | $13.55 | ($1,273.62) | $278.24 | ($995.38) |
| Malinda Chen | Bought | 3/14/2022 | 96 | $13.52 | ($1,298.13) | $284.16 | ($1,013.97) |
| Malinda Chen | Bought | 3/25/2022 | 80 | $11.31 | ($904.78) | $236.80 | ($667.98) |
| Malinda Chen | Bought | 3/25/2022 | 118 | $11.33 | ($1,336.36) | $349.28 | ($987.08) |
| Malinda Chen | Bought | 3/28/2022 | 137 | $11.20 | ($1,534.36) | $405.52 | ($1,128.84) |

| Fund Name | Transaction Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds | Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|
| Malinda Chen | Bought | 4/12/2022 | 236 | $10.75 | ($2,535.83) | $698.56 | ($1,837.27) |
| Malinda Chen | Sold | 5/6/2022 | -1,563 | $7.53 | $11,769.80 | ($4,626.48) | $7,143.32 |
| Malinda Chen | Bought | 5/12/2022 | 428 | $6.57 | ($2,811.95) | $1,266.88 | ($1,545.07) |
| Malinda Chen | Bought | 7/21/2022 | 156 | $4.07 | ($634.92) | $461.76 | ($173.16) |
| Malinda Chen | Sold | 7/26/2022 | -1,643 | $1.75 | $2,879.66 | ($4,863.28) | ($1,983.62) |
| Malinda Chen | Sold | 7/27/2022 | -275 | $1.22 | $335.50 | ($814.00) | ($478.50) |
| Malinda Chen | Sold | 8/16/2022 | -1,729 | $1.91 | $3,296.11 | ($5,117.84) | ($1,821.73) |
| **Malinda Chen** | **Close** | **12/8/2022** | **0** | | **($40,488.80)** | | **($40,488.80)** |
| | | | | | | | |
| Ernest Fu | Open | 7/15/2021 | 0 | | | | |
| Ernest Fu | Bought | 1/10/2022 | 950 | $11.29 | ($10,723.01) | $2,812.00 | ($7,911.01) |
| Ernest Fu | Bought | 1/10/2022 | 217 | $11.45 | ($2,484.23) | $642.32 | ($1,841.91) |
| Ernest Fu | Bought | 1/10/2022 | 141 | $11.28 | ($1,590.29) | $417.36 | ($1,172.93) |
| Ernest Fu | Bought | 1/11/2022 | 68 | $11.79 | ($801.42) | $201.28 | ($600.14) |
| Ernest Fu | Bought | 1/11/2022 | 130 | $11.92 | ($1,549.68) | $384.80 | ($1,164.88) |
| Ernest Fu | Bought | 1/11/2022 | 66 | $11.70 | ($772.19) | $195.36 | ($576.83) |
| Ernest Fu | Bought | 1/11/2022 | 141 | $12.07 | ($1,701.23) | $417.36 | ($1,283.87) |
| Ernest Fu | Bought | 1/11/2022 | 64 | $12.10 | ($774.40) | $189.44 | ($584.96) |
| Ernest Fu | Bought | 1/11/2022 | 61 | $12.10 | ($738.10) | $180.56 | ($557.54) |
| Ernest Fu | Bought | 1/11/2022 | 30 | $12.11 | ($363.43) | $88.80 | ($274.63) |
| Ernest Fu | Bought | 1/11/2022 | 40 | $12.18 | ($487.10) | $118.40 | ($368.70) |
| Ernest Fu | Bought | 1/11/2022 | 29 | $12.39 | ($359.31) | $85.84 | ($273.47) |
| Ernest Fu | Sold | 1/12/2022 | -6 | $12.73 | $76.39 | ($17.76) | $58.63 |
| Ernest Fu | Bought | 1/19/2022 | 201 | $12.12 | ($2,436.53) | $594.96 | ($1,841.57) |
| Ernest Fu | Bought | 1/20/2022 | 102 | $12.51 | ($1,275.68) | $301.92 | ($973.76) |
| Ernest Fu | Bought | 1/20/2022 | 92 | $12.67 | ($1,165.60) | $272.32 | ($893.28) |
| Ernest Fu | Bought | 1/20/2022 | 77 | $12.91 | ($994.07) | $227.92 | ($766.15) |
| Ernest Fu | Bought | 1/20/2022 | 119 | $12.85 | ($1,528.78) | $352.24 | ($1,176.54) |
| Ernest Fu | Bought | 1/21/2022 | 42 | $12.85 | ($539.87) | $124.32 | ($415.55) |
| Ernest Fu | Bought | 2/9/2022 | 67 | $13.95 | ($934.90) | $198.32 | ($736.58) |
| Ernest Fu | Bought | 2/9/2022 | 36 | $13.95 | ($502.20) | $106.56 | ($395.64) |
| Ernest Fu | Bought | 2/9/2022 | 29 | $14.00 | ($405.92) | $85.84 | ($320.08) |
| Ernest Fu | Bought | 2/18/2022 | 128 | $14.75 | ($1,888.37) | $378.88 | ($1,509.49) |
| Ernest Fu | Sold | 3/4/2022 | -544 | $13.93 | $7,577.25 | ($1,610.24) | $5,967.01 |
| Ernest Fu | Bought | 3/14/2022 | 54 | $14.92 | ($805.89) | $159.84 | ($646.05) |
| Ernest Fu | Bought | 3/14/2022 | 68 | $14.23 | ($967.49) | $201.28 | ($766.21) |
| Ernest Fu | Bought | 3/14/2022 | 113 | $14.31 | ($1,616.89) | $334.48 | ($1,282.41) |
| Ernest Fu | Bought | 3/14/2022 | 95 | $14.18 | ($1,347.48) | $281.20 | ($1,066.28) |
| Ernest Fu | Bought | 3/14/2022 | 174 | $13.53 | ($2,353.94) | $515.04 | ($1,838.90) |
| Ernest Fu | Bought | 3/14/2022 | 67 | $13.55 | ($907.80) | $198.32 | ($709.48) |
| Ernest Fu | Bought | 3/14/2022 | 69 | $13.52 | ($933.03) | $204.24 | ($728.79) |
| Ernest Fu | Bought | 3/25/2022 | 57 | $11.31 | ($644.66) | $168.72 | ($475.94) |
| Ernest Fu | Bought | 3/25/2022 | 85 | $11.33 | ($962.63) | $251.60 | ($711.03) |
| Ernest Fu | Bought | 3/28/2022 | 99 | $11.20 | ($1,108.77) | $293.04 | ($815.73) |
| Ernest Fu | Bought | 4/12/2022 | 169 | $10.75 | ($1,815.91) | $500.24 | ($1,315.67) |
| Ernest Fu | Sold | 5/6/2022 | -1,131 | $7.53 | $8,516.73 | ($3,347.76) | $5,168.97 |
| Ernest Fu | Bought | 5/12/2022 | 312 | $6.57 | ($2,049.84) | $923.52 | ($1,126.32) |
| Ernest Fu | Bought | 7/21/2022 | 110 | $4.07 | ($447.70) | $325.60 | ($122.10) |
| Ernest Fu | Sold | 7/26/2022 | -1,181 | $1.75 | $2,069.92 | ($3,495.76) | ($1,425.84) |
| Ernest Fu | Sold | 7/27/2022 | -202 | $1.22 | $246.44 | ($597.92) | ($351.48) |
| Ernest Fu | Sold | 8/16/2022 | -1,238 | $1.91 | $2,360.09 | ($3,664.48) | ($1,304.39) |
| **Ernest Fu** | **Close** | **12/8/2022** | **0** | | **($29,131.51)** | | **($29,131.51)** |

**TOTAL LIFO (LOSS)/GAIN:    ($475,561.49)**