**Exhibit C**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| KENZIE GOER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>F45 TRAINING HOLDINGS, INC., CHRIS PAYNE, ADAM GILCHRIST, MICHAEL RAYMOND, DARREN RICHMAN, AND MARK WAHLBERG,<br><br>    Defendants. | Case No. 1:22-cv-01291<br><br>Judge Robert L. Pitman<br><br><u>CLASS ACTION</u> |

**DECLARATION OF EDWARD W. CHANG IN SUPPORT OF PLEDGE CAPITAL
LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Edward W. Chang, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of the motion filed by Pledge Capital LLC ("Pledge Capital") for the entry of an Order: (i) appointing Pledge Capital as Lead Plaintiff in the securities class action captioned *Goer v. F45 Training Holdings, Inc. et al.*, Case No. 1:22-cv-01291 (W.D. Tex.) (the "Action"); and (ii) approving the selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel and The Schall Law Firm as Liaison Counsel for the Class.  I am informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  I have personal knowledge regarding the facts relating to myself and Pledge Capital as set forth in this declaration.

2.      I serve as Pledge Capital's Managing Partner and Portfolio Manager and I am authorized to make this Declaration on its behalf.  Pledge Capital is a Registered Investment Advisor under the Federal Investment Advisers Act that manages separately managed accounts

for private clients on a discretionary basis.  As set forth in the motion for appointment as Lead

Plaintiff and supporting papers, Pledge Capital has received assignment of claims from private

Pledge Capital clients transferring all rights and title to prosecute all causes of action relating to

transactions in F45 Training Holdings Inc. ("F45 Training") securities.  Pledge Capital

understands that this case is governed by the PSLRA and accepts the fiduciary obligations that it

will assume under the PSLRA if appointed as Lead Plaintiff.

3.      Based on the substantial investment losses the clients of Pledge Capital suffered

because of investments in F45 Training securities, I researched the circumstances surrounding

the Action, and through this research learned of the Action's existence.  Following this, I

contacted Labaton Sucharow and The Schall Law Firm to discuss the possibility of recovering

these investment losses, as well as potentially serving as Lead Plaintiff.  These ongoing

discussions with Labaton Sucharow and The Schall Law Firm included the facts and merits of

the Action, as well as the responsibilities of a court-appointed lead plaintiff under the PSLRA,

such as the lead plaintiff's duty to select and oversee highly qualified counsel on behalf of absent

class members, as well as the lead plaintiff's responsibility to negotiate a competitive fee

arrangement in the best interests of the class.  Following these discussions, as well as subsequent

negotiations to reach a fair and reasonable fee agreement, I retained Labaton Sucharow and The

Schall Law Firm and instructed them to file a motion for appointment as Lead Plaintiff on Pledge

Capital's behalf.  In connection with my decision to retain Labaton Sucharow and The Schall

Law Firm, private Pledge Capital clients invested in F45 Training securities executed an

assignment granting Pledge Capital legal title to the claims arising from investment losses in F45

Training securities.

4.      I am highly motivated to recover the investment losses in F45 Training securities

associated with the claims Pledge Capital has been assigned.  To this end, if appointed as Lead

Plaintiff, I will personally direct and oversee Lead Counsel in this litigation on behalf of Pledge Capital.  As a fiduciary to the Class, I will vigilantly monitor counsel to ensure the Action is prosecuted in an efficient, effective, and economical manner to maximize any potential recovery. I firmly believe that I can draw on my extensive sophistication and experience, including experience overseeing counsel, to successfully fulfil this duty.

5.    I hereby reaffirm my commitment to satisfy the fiduciary obligations that will be assumed if Pledge Capital is appointed Lead Plaintiff, including by conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, I will ensure that the F45 Training securities litigation will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class and will seek to obtain the greatest possible recovery for the Class.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to 28 U.S.C. § 1746, I, Edward W. Chang, declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true to the best of my knowledge.

Executed this ⎯⎯⎯⎯ day of February, 2023.

2/6/2023

DocuSigned by:

*Edward Chang*

—49CB035466934B1...

Edward W. Chang
*Managing Partner and Portfolio Manager*
*Pledge Capital LLC*

4