# Exhibit D

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/equity-alert-barrack-rodos-bacine-files-securities-class-action-lawsuit-against-f45-training-holdings-inc-nyse-fxlv-01670530642

**The Wall Street Journal news department was not involved in the creation of this content.**

PRESS RELEASE

# EQUITY ALERT: Barrack, Rodos & Bacine Files Securities Class Action Lawsuit Against F45 Training Holdings, Inc. (NYSE: FXLV)

December 8, 2022

EQUITY ALERT: Barrack, Rodos & Bacine Files Securities Class Action Lawsuit Against F45 Training Holdings, Inc. (NYSE: FXLV)

PHILADELPHIA, Dec. 08, 2022 (GLOBE NEWSWIRE) -- Barrack, Rodos & Bacine has commenced a securities class action lawsuit on behalf of purchasers of the securities of F45 Training Holdings, Inc. (NYSE: FXLV) ("F45") issued in or traceable to the Registration Statement filed with the U.S. Securities and Exchange Commission in support of the July 16, 2021 initial public offering of F45 common stock. The complaint is styled Kenzie Goer v. F45 Training Holdings, Inc., et al., Case No. 1:22-cv-01291 and was filed in the United States District Court for the Western District of Texas. A copy of the complaint will be available at https://www.barrack.com/newsroom/recent-news.

F45 Training Holdings Inc., a Mark Wahlberg-backed fitness franchisor based in Texas, went public in July 2021, when it sold 18.75 million shares priced at $16 per share, while touting a "Predictable, Asset-Light Model Driving Rapid Growth." The company reported results and issued guidance that was generally expected by the market for about a year after the IPO.

However, on July 26, 2022, F45 issued a press release in which it drastically reduced its financial guidance; disclosed that would open about 60% fewer exercise studios than promised just two months earlier; said that a $250 million credit line was no longer available to the company; disclosed that the company was letting go of about 110 employees; and announced that the CEO, Adam Gilchrist, had resigned.

The disclosures in the press release sent the price of F45 shares down over 60% on July 27, 2022, and it has continued since that time to trade at less than $4.00 per share.

If you have suffered a loss arising from purchases in F45 stock from July 16, 2021 to the present, you have until February 6, 2023, to file a motion with the Court seeking appointment

as lead plaintiff.

To discuss your rights regarding the appointment of lead plaintiff and for additional information about your interest in this class action, please contact either Mark Stein or Linda Border, at Barrack, Rodos & Bacine's toll-free number 877-386-3304. They can also be reached via email at mstein@barrack.com or lborder@barrack.com.

With offices in Philadelphia, PA, San Diego, CA, and New York City, NY, Barrack, Rodos & Bacine has more than four decades of experience prosecuting securities law class actions, including cases involving company misstatements and insider trading, and has achieved some of the largest recoveries in the history of securities litigation in the U.S. The firm's largest recoveries on behalf of investors include $6.19 billion for WorldCom investors, $3.32 billion for Cendant investors, $1.05 billion for McKesson investors, and $970.5 million for AIG investors. Prior results do not guarantee similar outcomes.

**The Wall Street Journal news department was not involved in the creation of this content.**