**FILED**

March 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**In re F45 Training Holdings, Inc. Securities
Litigation**

-vs-

Case No.  __1:22-cv-01291-RP_____

**O R D E R**

BE IT REMEMBERED on this the __22nd__ day of __March_____, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___**Christine M. Fox**_____ ("Applicant"), counsel for _____**Pledge Capital LLC**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Pledge Capital LLC**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __22nd__ day of __March_____ 20_23__.

_____
UNITED STATES DISTRICT JUDGE