**FILED**

March 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Julie Golden _____
                                              DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**In re F45 Training Holdings, Inc. Securities
Litigation**

**-vs-**

Case No.  **1:22-cv-01291-RP** _____

**O R D E R**

BE IT REMEMBERED on  this  the __22nd__ day of __March_____, 20_23_, there

was   presented   to   the   Court   the   Motion   for   Admission   *Pro   Hac   Vice*   filed   by

_____**David Schwartz**_____ ("Applicant"), counsel for _____**Pledge Capital LLC**_____ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of _____**Pledge Capital LLC**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in  compliance  with  Local  Court  Rule  AT-1(f)(2),  immediately  tender  the  amount  of  $100.00,

made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the __22nd__ day of __March_____ 20_23_.

_____
UNITED STATES DISTRICT JUDGE