```
                                                              FILED
                                                           March 22, 2023
         IN THE UNITED STATES DISTRICT COURT             CLERK, U.S. DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS               WESTERN DISTRICT OF TEXAS
                    AUSTIN DIVISION                     BY: ___Julie Golden___
                                                                      DEPUTY
```

In re F45 Training Holdings, Inc. Securities Litigation

-vs-

Case No. **1:22-cv-01291-RP**

## O R D E R

BE IT REMEMBERED on this the **22nd** day of **March**, 20**23**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **James M. Fee** ("Applicant"), counsel for **Pledge Capital LLC** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Pledge Capital LLC** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **22nd** day of **March** 20**23**.

_____
UNITED STATES DISTRICT JUDGE