**FILED**

March 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
            Julie Golden
                                    DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**KENZIE GOER, individually and on behalf of all
others similarly situated**

_____

-vs-

**F45 TRAINING HOLDINGS, INC., et al.**

_____

Case No.  **1:22-cv-01291-RP**  _____

**O R D E R**

BE IT REMEMBERED on this the __23rd__ day of ___March___, 20 _23_ , there

was   presented   to   the   Court   the   Motion   for   Admission   *Pro   Hac   Vice*   filed   by

___**Stephen M. Baldini**___ ("Applicant"), ~~counsel for~~ _Michael Raymond, Darren Richman, and Mark Wahlberg_ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

_Michael Raymond, Darren Richman, and Mark Wahlberg_

may appear on behalf of _____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to:   **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the __23rd__ day of __March__ 20 _23_ .

_____
UNITED STATES DISTRICT JUDGE