**FILED**

April 04, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
                Julie Golden
                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| *In re F45 Training Holdings, Inc.* *Securities Litigation* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:22-CV-01291-RP<br><br>**CLASS ACTION** |

**ORDER GRANTING AGREED MOTION**
**REGARDING PLEADINGS SCHEDULE**

The Parties' March 20, 2023 Agreed Motion Regarding Proposed Pleadings Schedule is granted.

1.    Lead Plaintiff shall file its amended complaint by May 19, 2023;

2.    Defendants shall file any motion to dismiss by July 18, 2023;

3.    Lead Plaintiff shall file any opposition to the motion to dismiss by September 18, 2023; and

4.    Defendants shall file any reply in support of the motion to dismiss by November 2, 2023.

IT IS SO ORDERED.

DATED: ___04/04/2023___          _____
                                                    THE HONORABLE ROBERT PITMAN
                                                    UNITED STATES DISTRICT JUDGE