**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | CASE NO. 1:22-CV-01291-DAE |
| | § | |
| *In re F45 Training Holdings, Inc.* | § | |
| *Securities Litigation* | § | **CLASS ACTION** |
| | § | |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING AGREED MOTION**
**REGARDING UPDATED PLEADINGS SCHEDULE**

The Parties' June 20, 2023 Agreed Motion Regarding Updated Pleadings Schedule is granted.

1.     Defendants shall file any motion(s) to dismiss by August 7, 2023;

2.     Plaintiffs shall file any opposition to the motion(s) to dismiss by October 6, 2023; and

3.     Defendants shall file any reply in support of the motion(s) to dismiss by November 20, 2023.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, June 26, 2023.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE