**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**KENZIE GOER, Individually and on Behalf of**
**All Others Similarly Situated, et al.**

-vs-                                                      Case No.  **1:22-CV-01291-DAE**

**F45 TRAINING HOLDINGS, INC., et al.**

**O R D E R**

BE IT REMEMBERED on this the ___13___ day of _____July_____, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **JONATHAN ROSENBERG** ("Applicant"), counsel for _____See Attachment A_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____See Attachment A_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___13___ day of _____July_____ 20_23_.

_____
SENIOR UNITED STATES DISTRICT JUDGE

**Jonathan Rosenberg Pro Hac Vice – Attachment A**

***KENZIE GOER, Individually and on Behalf of All Others Similarly Situated, et al v. F45 TRAINING HOLDINGS, INC., et al.***

I have been retained to represent the following defendants: Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Robert W. Baird & Co. Incorporated, Cowen and Company, LLC, Guggenheim Securities, LLC, Macquarie Capital (USA) Inc., MUFG Securities Americas Inc., Roth Capital Partners, LLC.

***Other Court Admissions:***

| | |
|---|---|
| U.S. District Court, Eastern District of Wisconsin | May 21, 1996 |
| U.S. Court of Appeals, First Circuit | August 27, 2015 |
| U.S. Court of Appeals, Second Circuit | December 7, 1990 |
| U.S. Court of Appeals, Third Circuit | May 30, 2017 |
| U.S. Court of Appeals, Fourth Circuit | June 25, 2014 |
| U.S. Court of Appeals, Fifth Circuit | April 07, 2017 |
| U.S. Court of Appeals, Ninth Circuit | July 19, 2012 |
| U.S. Court of Appeals, Eleventh Circuit | November 10, 2010 |
| U.S. Supreme Court | October 09, 2007 |