**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| *In re F45 Training Holdings, Inc.*<br>*Securities Litigation* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:22-CV-01291-DAE<br><br>**CLASS ACTION** |

**ORDER GRANTING AGREED MOTION**
**REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

The Parties' July 18, 2023 Agreed Motion Regarding Page Limits for Motion to Dismiss Briefing is granted.

1.      Defendants shall have up to fifty (50) pages collectively for any motion(s) to dismiss;

2.      Plaintiffs shall have up to fifty (50) pages collectively for any opposition(s) to the motion(s) to dismiss; and

3.      Defendants shall have up to twenty-five (25) pages collectively for any reply(ies) in support of the motion(s) to dismiss.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 20, 2023.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE