**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | CASE NO. 1:22-CV-01291-DAE |
| | § | |
| *In re F45 Training Holdings, Inc.* | § | |
| *Securities Litigation* | § | **CLASS ACTION** |
| | § | |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR SUBSTITUTION OF COUNSEL**


Defendant Christopher Payne's September 21, 2023 Unopposed Motion for

Substitution of Counsel is GRANTED.  (Dkt. # 82.)

It is hereby ORDERED that:

1.      Defendant Christopher Payne's request that counsel Gregg Costa, Craig Varnen,

Michael Raiff, and Lissa Percopo be allowed to withdraw as his counsel of record;

2.      Gregory Godkin, Linda Imes, and Rebecca Orel shall be substituted in as counsel

of record for Christopher Payne; and

3.      Gregg Costa, Craig Varnen, Michael Raiff and Lissa Percopo shall remain counsel

of record for F45 Training Holdings, Inc.

**IT IS SO ORDERED**.


DATED:     September 22, 2023     

_____
THE HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE