**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

In re F45 Training Holdings, Inc. Securities
Litigation

Case No.   **1:22-cv-01291-DAE**

## O R D E R

BE IT REMEMBERED on this the ___5___ day of ____October____, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Matthew J. Grier**_____ ("Applicant"), counsel for _____**Pledge Capital LLC**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Pledge Capital LLC**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___5___ day of ____October____ 20_23_.

_____
David Alan Ezra
Senior United States District Judge