**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE F45 TRAINING HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:22-CV-01291-DAE <br><br> <u>CLASS ACTION</u> |

**ORDER GRANTING AGREED MOTION**
**REGARDING AMENDED PLEADINGS SCHEDULE**

The Parties' December 22, 2023 Agreed Motion Regarding Amended Pleadings Schedule is granted.

1.      Plaintiffs shall file the Second Amended Complaint by January 25, 2024;

2.      Defendants shall file any motion(s) to dismiss by March 11, 2024;

3.      Plaintiffs shall file any opposition to the motion(s) to dismiss by April 24, 2024; and

4.      Defendants shall file any reply in support of the motion(s) to dismiss by May 24, 2024.

IT IS SO ORDERED.

DATED: December 27, 2023.

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE