**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| *In re F45 Training Holdings, Inc.* *Securities Litigation* §§§§§§§§ | CASE NO. 1:22-CV-01291-DAE **CLASS ACTION** |

**ORDER GRANTING AGREED MOTION**
**REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

The Parties' February 16, 2024 Agreed Motion Regarding Page Limits for Motion to Dismiss Briefing is granted.

1.      Defendants shall have up to fifty (50) pages collectively for any motion(s) to dismiss;

2.      Plaintiffs shall have up to fifty (50) pages collectively for any opposition(s) to the motion(s) to dismiss; and

3.      Defendants shall have up to twenty-five (25) pages collectively for any reply(ies) in support of the motion(s) to dismiss.

IT IS SO ORDERED.

DATED: ___February 20, 2024___

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE