**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| *In re F45 Training Holdings, Inc.* *Securities Litigation* | § § § § § § | CASE NO. 1:22-CV-01291-DAE  CLASS ACTION |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT ADAM GILCHRIST

Having considered the Motion to Withdraw Appearance of Kevin T. Abikoff as counsel for Defendant Adam Gilchrist, the Court finds the motion to have cause and should be **GRANTED**.

Therefore it is **ORDERED** that Kevin T. Abikoff is discharged as counsel of record for Defendant Adam Gilchrist.

It is further **ORDERED** that Kevin T. Abikoff shall no longer receive electronic notices of filings in this matter.

**IT IS SO ORDERED.**

Signed this 1st day of July, 2024.

_____
Judge David A. Ezra
U.S. District Judge