**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE F45 TRAINING HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:22-CV-01291-DAE |
| | CLASS ACTION |

**ORDER GRANTING MOTION TO WITHDRAW**
**AND SUBSTITUTE COUNSEL**

Before the Court is attorney Michelle A. Reed's Unopposed Motion to Withdraw and Substitute Counsel (Dkt. 108).  Having considered the motion, noting it is unopposed, and finding good cause, the Court ORDERS that the motion is GRANTED and directs the Clerk of Court to withdraw Ms. Reed as counsel of record and substitute M. Scott Barnard of Akin Gump Strauss Hauer & Feld LLP as counsel of record for Defendants Michael Raymond, Darren Richman, and Mark Wahlberg, MWIG LLC, and Kennedy Lewis Investment Management LLC.

SO ORDERED this 11th day of July, 2024.

Hon. David A. Ezra
United States District Judge

1