**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**IN RE F45 TRAINING HOLDINGS, INC.
SECURITIES LITIGATION**

-vs-                                                                    Case No.  **1:22-CV-01291-DAE**

**ORDER**

BE IT REMEMBERED on this the __19th__ day of ____March____, 20 __25__, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

____**Alfred L. Fatale III**____ ("Applicant"), counsel for ____**Pledge Capital LLC**____ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of ____**Pledge Capital LLC**____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the __21st__ day of ____April____ 20__25__.

_____
UNITED STATES DISTRICT JUDGE