**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**IN RE F45 TRAINING HOLDINGS, INC.**
**SECURITIES LITIGATION**

-vs-

Case No.   **1:22-CV-01291-DAE**

**O R D E R**

BE IT REMEMBERED on this the ___19th___ day of _____March_____, 20_25_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___**Jessica N. Goudreault**___ ("Applicant"), counsel for ___**Pledge Capital LLC**___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___**Pledge Capital LLC**___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___21st___ day of _____April___2025___ .

_____
UNITED STATES DISTRICT JUDGE