IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE F45 TRAINING HOLDINGS, INC.
SECURITIES LITIGATION

-vs-

Case No.  1:22-CV-01291-DAE

ORDER

BE IT REMEMBERED on this the ___21st___ day of _____May___, 20_25_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____Joseph N. Cotilletta_____ ("Applicant"), counsel for _____Pledge Capital LLC_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____Pledge Capital LLC_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___22nd___ day of _____May___ 20_25_.

_____
David Alan Ezra
Senior United States District Judge