UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE F45 TRAINING HOLDINGS,
INC. SECURITIES LITIGATION

No. 1:22-CV-01291-DAE

**JOINT MOTION FOR ENTRY OF**
**CONFIDENTIALITY AND PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), Lead Plaintiff Pledge Capital LLC, additional Plaintiff Police and Fire Retirement System of the City of Detroit, and Defendants F45 Training Holdings, Inc., Adam Gilchrist, Christopher Payne, Michael Raymond, Darren Richman, Mark Wahlberg, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Robert W. Baird & Co. Inc., Cowen and Co., LLC, Guggenheim Securities, LLC, Macquarie Capital (USA) Inc., MUFG Securities Americas Inc., and Roth Capital Partners, LLC (collectively, the "Parties"), by their undersigned counsel, respectfully submit this Joint Motion for Entry of a Confidentiality and Protective Order (the "Protective Order"). The proposed Protective Order, attached hereto as Exhibit 1, is intended to govern the disclosure of certain confidential documents and information in this action.

The entry of a Protective Order is necessary because the Parties anticipate that disclosure and discovery activity in this action are likely to involve the production of confidential, sensitive, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting or defending this litigation would be warranted. In addition, discovery requests will be served on non-parties and there is a strong likelihood that such confidential, sensitive, or private information may be produced by one or more non-parties to this litigation. Accordingly, the Parties agree that entry of the attached Protective Order will facilitate

disclosure and discovery generally as well as the management of confidential, sensitive, or private information in particular.

WHEREFORE, the Parties respectfully request that this Motion be granted and that the Court enter the Protective Order attached hereto.

Respectfully submitted,

Dated: July 24, 2025

**LABATON KELLER SUCHAROW LLP**

By: */s/ Alfred L. Fatale III*
    Alfred L. Fatale III

Alfred L. Fatale III
Joseph N. Cotilletta
Jessica N. Goudreault
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
afatale@labaton.com

*Lead Counsel for Lead Plaintiff Pledge Capital, LLC, Plaintiff Police & Retirement System of the City of Detroit, and the Proposed Class*

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Gregg J. Costa*
    Gregg J. Costa

Gregg J. Costa
Texas Bar No. 24028160
811 Main Street Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
gcosta@gibsondunn.com

Craig Varnen (*pro hac vice*)
California Bar. No. 170263
333 South Grand Avenue, 46th Floor
Los Angeles, CA 90071
Telephone: (213) 229-7922

Fax: (213) 229-6922
cvarnen@gibsondunn.com

Lissa M. Percopo (*pro hac vice*)
Washington, D.C. Bar No. 985736
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 530-9528
lpercopo@gibsondunn.com

*Counsel for Defendant F45 Training Holdings, Inc.*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ M. Scott Barnard*
     M. Scott Barnard

M. Scott Barnard
2300 N. Field St., Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
sbarnard@akingump.com

Stephen Baldini
Andrew McWhorter
1 Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

*Counsel for Defendants Darren Richman, Mark Wahlberg, and Michael Raymond*

**O'MELVENY & MYERS LLP**

By: */s/ Danny S. Ashby*
     Danny S. Ashby

Danny S. Ashby
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901
dashby@omm.com

Jonathan Rosenberg
William J. Sushon
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
jrosenberg@omm.com
wsushon@omm.com

*Counsel for Defendants Goldman Sachs & Co.
LLC, J.P. Morgan Securities LLC, Robert W. Baird
& Co. Incorporated, Cowen and Company LLC,
Guggenheim Securities, LLC, Macquarie Capital
(USA) Inc., MUFG Securities Americas Inc.,
Roth Capital Partners, LLC*

**HUGHES HUBBARD & REED LLP**

*/s/ Shahzeb Lari*

Eric Blumenfeld
Shahzeb Lari (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6118
Fax: (212) 422-4726
Email: eric.blumenfeld@hugheshubbard.com
Email: shahzeb.lari@hugheshubbard.com

*Counsel for Defendant Adam Gilchrist*

**BLANKROME**

By: */s/ Linda Imes*
    Linda Imes

Linda Imes (*pro hac vice*)
Rebecca Orel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 885-5537
Linda.Imes@blankrome.com

**RMWBH PC**

By: */s/ Gregory Godkin*
   Gregory Godkin

Gregory Godkin
317 Grace Lane
Austin, TX 78746
Phone: (512) 279-7344
ggodkin@rmwbh.com

*Counsel for Defendant Christopher Payne*