**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| *In re F45 Training Holdings, Inc.* *Securities Litigation* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:22-CV-01291-DAE |

**AGREED MOTION**
**TO STAY PROCEEDINGS PENDING MEDIATION**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and this Court's Local Rules, Defendants F45 Training Holdings, Inc., Adam Gilchrist, Chris Payne, Michael Raymond, Darren Richman, Mark Wahlberg, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Robert W. Baird & Co. Incorporated, Cowen and Company, LLC, Guggenheim Securities LLC, Macquarie Capital (USA) Inc., MUFG Securities Americas Inc., and Roth Capital Partners (collectively, "Defendants"), and Plaintiffs Pledge Capital, LLC and Police and Fire Retirement System of the City of Detroit (together "Plaintiffs" and, together with Defendants, the "Parties"), file this agreed motion respectfully requesting that the Court stay this case pending mediation between the Parties. In support thereof, the Parties state as follows:

1. Plaintiffs filed this action on December 8, 2022 (Dkt. No. 1).

2. On January 25, 2024, Plaintiffs filed the operative Second Amended Complaint (Dkt. No. 98).

3. On March 11, 2024, Defendants filed a motion to dismiss (Dkt. No. 101).

4. On February 21, 2025, this Court granted in part and denied in part Defendants' motion to dismiss (Dkt. No. 111).

5. Defendants filed their respective answers on May 6, 2025 (Dkt. Nos. 118–131).

6. On July 8, 2025, this Court entered the operative scheduling order (Dkt No. 128).

7. The Parties have engaged in preliminary discovery. Plaintiffs have made a confidential written offer of settlement, and the Parties have scheduled a mediation to explore whether they can reach an agreement to settle the claims on mutually agreeable terms.

8. The mediation is scheduled for November 18, 2025 before the highly qualified mediator David Murphy from Phillips ADR Enterprises.

2

9.      The Parties believe that staying this action will facilitate settlement by preserving the status quo and allow for the conservation of the Court's and Parties' resources.

10.     The Parties respectfully request that the Court enter an order staying these proceedings in their entirety pending mediation currently scheduled for November 18, 2025.

11.     In the event the Parties determine the mediation is unsuccessful, the Parties agree to meet and confer and propose a new case schedule to the Court.

Dated:  October 3, 2025

| | |
|---|---|
| **LABATON SUCHAROW LLP** | **GIBSON, DUNN & CRUTCHER LLP** |

*/s/ Alfred L. Fatale III*

Alfred L. Fatale III
Joseph N. Cotilletta
Jessica N. Goudreault
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
afatale@labaton.com

*Lead Counsel for Lead Plaintiff Pledge Capital LLC, Additional Plaintiff Police and Fire Retirement System of the City of Detroit, and the Proposed Class*

Brian Schall (*pro hac vice*)
Rina Restaino (*pro hac vice*)
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angles, California 90067
Tel:  (310) 301-3335
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Lead Plaintiff Pledge Capital LLC*

*/s/ Gregg J. Costa*

Gregg J. Costa
811 Main Street Suite 3000
Houston, TX 77002
Tel: (346) 718-6600
Fax (346) 718-6620
gcosta@gibsondunn.com

Craig Varnen (*pro hac vice*)
333 South Grand Avenue, 46th Floor
Los Angeles, CA 90071
Tel: (213) 229-7922
Fax: (213) 229-6922
cvarnen@gibsondunn.com

Lissa Percopo (*pro hac vice*)
1700 M Street, N.W.
Washington, DC 20036
Tel: (202) 887-3770
Fax: (202) 530-9528
lpercopo@gibsondunn.com

*Counsel for Defendant F45 Training Holdings, Inc.*

**HUGHES HUBBARD & REED LLP**

*/s/ Shahzeb Lari*

Eric Blumenfeld
Shahzeb Lari (*pro hac vice*)
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6118
Fax: (212) 422-4726
eric.blumenfeld@hugheshubbard.com
shahzeb.lari@hugheshubbard.com

*Counsel for Defendant Adam Gilchrist*

4

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Stephen M. Baldini*

Stephen M. Baldini
Andrew McWhorter
One Bryant Park, 44th Floor
New York, NY 10036
Tel: (212) 872-1062
Fax: (212) 872-1002
SBALDINI@AKINGUMP.COM

M. Scott Barnard
2300 N. Field St., Suite 1800
Dallas, TX 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
sbarnard@akingump.com

*Counsel for Defendants Darren Richman, Mark Wahlberg, Michael Raymond*

**O'MELVENY & MYERS LLP**

*/s/ Danny S. Ashby*
Danny S. Ashby
Texas State Bar No. 01370960
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Tel: (972) 360-1900
dashby@omm.com

Jonathan Rosenberg (*pro hac vice*)
William J. Sushon (*pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Tel: (212) 326-2000
Fax: (212) 326-2061
jrosenberg@omm.com
wsushon@omm.com

*Counsel for the Underwriter Defendants*

**BLANKROME**

*/s/ Linda Imes*
Linda Imes (*pro hac vice*)
Rebecca Orel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 885-5537
Linda.Imes@blankrome.com
Rebecca.Orel@blankrome.com

**RMWBH PC**

*/s/ Gregory Godkin*
Gregory Godkin
317 Grace Lane
Austin, TX 78746
(512) 279-7344
ggodkin@rmwbh.com

6

*Counsel for Defendant Christopher Payne*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 3, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

/s/ Gregg J. Costa
Gregg J. Costa

*Attorney for Defendant F45 Training Holdings, Inc.*