**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | CASE NO. 1:22-CV-01291-DAE |
| | § | |
| *In re F45 Training Holdings, Inc.* | § | |
| *Securities Litigation* | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**[PROPOSED] ORDER GRANTING AGREED MOTION**
**TO STAY PROCEEDINGS PENDING MEDIATION**

The Parties' October 3, 2025, Agreed Motion to Stay Proceedings Pending Mediation is granted.

1.     These proceedings are stayed in their entirety pending the Parties' mediation currently scheduled for November 18, 2025.

2.     In the event the Parties determine the mediation is unsuccessful, the Parties shall meet and confer and propose a new case schedule to the Court.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE