IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE 45 TRAINING HOLDINGS, INC. SECURITIES LITIGATION | § § § § § § § § § § | No. 1:22-cv-01291-DAE |

## ORDER GRANTING AGREED MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Before the Court is Defendant F45 Training Holdings, Inc.'s

("Defendant") Agreed Motion to Stay Proceedings Pending Mediation, filed on

October 3, 2025.  (Dkt. # 131.)  Having considered the Motion, and for good cause

shown, the Court finds that the Motion should be, and is hereby, **GRANTED**. It is

therefore **ORDERED** that these proceedings are stayed in their entirety pending

the Parties' mediation currently scheduled for November 18, 2025. In the event the

Parties determine the mediation is unsuccessful, **IT IS FURTHER ORDERED**

that the Parties shall meet and confer and propose a new case schedule to the

Court.

**IT IS SO ORDERED.**

Dated: October 6, 2025

_____
David Alan Ezra
Senior United States District Judge