

Alfred L. Fatale III
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
212.907.0884
AFatale@labaton.com

January 30, 2026

**VIA ECF**

Judge David Allen Ezra
United States District Court
Western District of Texas
Austin Division
501 West 5th Street, Ste. 1100
Austin, TX 78701

RE:   *In Re F45 Training Holdings, Inc. Securities Litigation*, Case No. 1:22-cv-01291-DAE

Dear Judge Ezra:

The parties jointly write pursuant to Local Rule AT-4(g)(2) to notify the Court that they have reached a settlement in principle to resolve all claims in the above-referenced action against all parties. The parties are currently engaged in documenting the settlement in a formal stipulation and Plaintiffs are preparing a motion for preliminary approval so notice of the settlement may be sent to settlement class members.

The parties expect to complete their final negotiations regarding the settlement documentation in the near future, and Plaintiffs intend to move for preliminary approval of the settlement on or before February 13, 2026.

Respectfully submitted,

*Alfred L. Fatale III*

Alfred L. Fatale III

New York | Delaware | London | Washington, D.C.