**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| *In re F45 Training Holdings, Inc.*<br>*Securities Litigation* | §<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:22-CV-01291-DAE<br><br>CLASS ACTION |

**DECLARATION OF LISSA M. PERCOPO REGARDING**
**<u>DEFENDANTS' CAFA MAILING</u>**

I, Lissa M. Percopo, declare as follows:

1.      I am an attorney licensed to practice in the District of Columbia and the State of New York, and I am admitted to practice before this Court *pro hac vice* in the above-captioned matter (the "Action").  I am a partner with the law firm of Gibson, Dunn & Crutcher, LLP, attorneys for Defendant F45 Training Holdings, Inc. in the Action.  My business address is 1700 M Street, N.W., Washington, D.C. 20036.

2.      I respectfully submit this declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq*. ("CAFA").

3.      On February 20, 2026, Defendants caused the letter attached hereto as **Exhibit 1** ("CAFA Notice") to be sent to the Attorney General of the United States via certified mail, return receipt requested, providing notice of the proposed settlement in this Action in accordance with 28 U.S.C. § 1715.  The same CAFA Notice was also sent to the attorneys general of all U.S. states and territories or their designated representatives, along with certain state and federal regulators of the underwriter defendants (modifying only the addressee information).  At the Court's request, a copy of each individual CAFA Notice that was sent can be provided.

4.      Attached hereto as **Exhibit 2** is a list of the recipients to whom the CAFA Notices were sent.

5.       Pursuant to 28 U.S.C. § 1715(b), the CAFA Notices enclosed copies of:  the complaints filed in this Action (Dkt. Nos. 1, 59); Plaintiffs' unopposed motion for preliminary approval of the settlement (Dkt. No. 134); and documents filed in conjunction with the motion for preliminary approval of the settlement, including the Stipulation and Agreement of Settlement (Dkt. No. 134-3), the proposed order preliminarily approving the settlement (Dkt. No. 134-1), the proposed notices for the proposed settlement (Dkt. No. 134-1, Exhibits 1, 3, 4), the proposed proof

of claim and release form (Dkt. No. 134-1, Exhibit 2), and the proposed judgment approving the settlement.  The CAFA Notices also provided notice that, at this time, a complete list of putative class members does not exist, and that Defendants do not at present have information to estimate the number of putative class members residing in each state.

6.      To the best of my knowledge, Defendants have fully complied with CAFA and have satisfied all of their obligations thereunder.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of February, 2026, in Washington, D.C.

/s/ Lissa M. Percopo
Lissa M. Percopo (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
LPercopo@gibsondunn.com

# EXHIBIT 1

**GIBSON DUNN**

Craig Varnen
Partner
T: +1 213.229.7922
CVarnen@gibsondunn.com

February 20, 2026

VIA USPS CERTIFIED MAIL, RETURN RECEIPT REQUESTED

U.S. Attorney General Pamela Jo Bondi
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Re:  Notice of Proposed Settlement in *In re F45 Training Holdings, Inc. Securities Litigation*, Case No. 1:22-cv-01291 (W.D. Tex.)

Dear Attorney General Bondi:

Pursuant to 28 U.S.C. § 1715, enacted as part of the Class Action Fairness Act of 2005, Defendants F45 Training Holdings, Inc. ("F45"); Adam Gilchrist; Christopher E. Payne; Michael Raymond; Darren Richman; Mark Wahlberg; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Robert W. Baird & Co. Incorporated; Cowen and Company, LLC[1]; Guggenheim Securities, LLC; Macquarie Capital (USA) Inc.; MUFG Securities Americas Inc.; and Roth Capital Partners, LLC (collectively, "Defendants") hereby provide your office with notice of a proposed settlement in the above-referenced matter (the "Litigation") pending in the United States District Court for the Western District of Texas (the "Court"). The operative complaint in the Litigation asserted claims under Sections 11, 12(a)(2), and 15 of the Securities Act and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. The case does not involve any state law claims.

The proposed Settlement Class (the "Class") consists of all Persons who purchased or otherwise acquired F45's publicly traded common stock between July 15, 2021 through August 14, 2023, inclusive (including purchases or acquisitions pursuant and/or traceable to the Offering Documents for F45's IPO), and were allegedly damaged thereby. Excluded from the Class are: (i) Defendants; (ii) Immediate Families of the Individual Defendants; (iii) any Person who was an officer, director, or control person of F45, the Underwriter Defendants, or the Controlling Entity Defendants (at all relevant times, and members of their Immediate Families); (iv) any entity in which any Defendant has or had a controlling or beneficial interest; and (v) the legal representatives, heirs, affiliates, successors, or assigns of any such excluded Person or entity.[2]

---

[1] Cowen and Company LLC ("Cowen") no longer exists as a separate entity, under (i) an acquisition completed on March 1, 2023, through which Cowen was acquired by Toronto Dominion Holdings (U.S.A.) Inc.; and (ii) a December 2024 merger, through which Cowen formally merged into TD Securities (USA) LLC. TD Securities (USA) LLC is among the Released Defendant Parties under the Stipulation of Settlement because it is the successor to Cowen.

[2] Unless otherwise defined herein, capitalized terms have the same meaning as they have in the Stipulation of Settlement.

# GIBSON DUNN

February 20, 2026
Page 2

However, any Investment Vehicle, except for the Controlling Entity Defendants, will not be excluded from the Class. Also excluded from the Class is any Person who properly excludes himself, herself, itself, or themselves from the Class by submitting a valid and timely request for exclusion.

In conjunction with this notice, please find copies of the following documents on the enclosed CD:

1. Complaint for Violations of the Federal Securities Laws (December 8, 2022) (Dkt. No. 1)[3] (**Attachment A**)

2. Amended Class Action Complaint for Violations of the Federal Securities Laws (May 19, 2023) (Dkt. No. 59) (**Attachment B**)

3. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (February 17, 2026) (Dkt. No. 134) (**Attachment C**), and concurrently filed documents which include the below:

   a. Stipulation and Agreement of Settlement (February 17, 2026) (Dkt. No. 134-3) (**Attachment D**) ("Stipulation");

   b. Stipulation Ex. A (Proposed Order Preliminarily Approving Settlement, Providing for Notice, and Setting Date for Hearing) (also filed as Dkt. No. 134-1 and included as **Attachment E**);

   c. Stipulation Ex. A-1 (Proposed Notice of Pendency, Proposed Settlement, and Motion for Attorneys' Fees and Expenses);

   d. Stipulation Ex. A-2 (Proposed Proof of Claim and Release Form);

   e. Stipulation Ex. A-3 (Proposed Summary Notice);

   f. Stipulation Ex. A-4 (Postcard Notice); and

   g. Stipulation Ex. B (Proposed Judgment).

As reflected in Paragraph 40 of the Stipulation, the parties entered into a confidential Supplemental Agreement that permits F45 to terminate the proposed Settlement in the event that Persons who would otherwise be members of the Class who purchased or otherwise acquired equal to or more than a certain number of shares of F45 common stock subject to this Settlement exclude themselves from the Class. The Supplemental Agreement may be filed under seal and/or any of its terms may be disclosed in camera to the Court if the Court so orders.

Defendants do not currently have access to information sufficient to identify and provide the names of putative Settlement Class Members who reside in each state, or to estimate the number of putative Settlement Class Members residing in each state. The Claims Administrator

---

[3] All references to "Dkt. No(s). __ " refer to the docket numbers in *In re F45 Training Holdings, Inc. Securities Litigation*, Case No. 1:22-cv-01291 (W.D. Tex.).

**GIBSON DUNN**

February 20, 2026
Page 3

will notify potential Settlement Class Members by Summary Notice by First-Class Mail (or, where email addresses are available, emailing the Postcard Notice, the Notice, or a link thereto), by posting copies of the Notice and Claim form to the website to be developed for the Settlement (www.strategicclaims.net/case/F45), by publishing notice of the Settlement once in *The Wall Street Journal* and once over *PR Newswire*, and by disseminating notice of the Settlement to brokers and other nominees contained in the Claims Administrator's database.  Accordingly, it is not possible at this time to provide a reasonable estimate of the number of Settlement Class Members residing in each state or the proportionate share of the claims of such Settlement Class Members to the entire Settlement.

Lead Counsel filed the parties' proposed Stipulation and Agreement of Settlement and associated documents with the Court on February 17, 2026.  At this time, there are no written judicial opinions relating to the proposed Settlement notice to the Class, the preliminary or final approval of the Settlement, or other matters discussed in 28 U.S.C. § 1715(b)(3)–(6) other than as provided above.

Should you have any questions regarding this matter, please do not hesitate to contact Craig Varnen directly.

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Craig Varnen*
Craig Varnen (*pro hac vice*)
California Bar. No. 170263
333 South Grand Avenue, 46th Floor
Los Angeles, CA 90071
Telephone: (213) 229-7922
Fax: (213) 229-6922
cvarnen@gibsondunn.com

Lissa M. Percopo (*pro hac vice*)
Washington, D.C. Bar No. 985736
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 530-9528
lpercopo@gibsondunn.com

*Counsel for Defendant F45 Training Holdings, Inc.*

# GIBSON DUNN

February 20, 2026<br>Page 4

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Stephen Baldini*
Stephen Baldini
Andrew McWhorter
1 Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

*Counsel for Defendants Darren Richman, Mark Wahlberg, and Michael Raymond*

**O'MELVENY & MYERS LLP**

*/s/ William J. Sushon*
Jonathan Rosenberg
William J. Sushon
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
jrosenberg@omm.com
wsushon@omm.com

*Counsel for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Robert W. Baird & Co. Incorporated, Cowen and Company LLC, Guggenheim Securities, LLC, Macquarie Capital (USA) Inc., MUFG Securities Americas Inc., Roth Capital Partners, LLC*

**HUGHES HUBBARD & REED LLP**

*/s/ Shahzeb Lari*
Eric Blumenfeld
Shahzeb Lari (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6118
Fax: (212) 422-4726
Email: eric.blumenfeld@hugheshubbard.com
Email: shahzeb.lari@hugheshubbard.com

**GIBSON DUNN**

*Counsel for Defendant Adam Gilchrist*

**BLANK ROME LLP**

/s/ Linda Imes
Linda Imes (*pro hac vice*)
Rebecca Orel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 885-5537
Linda.Imes@blankrome.com

**RMWBH PC**
Gregory Godkin
317 Grace Lane
Austin, TX 78746
Phone: (512) 279-7344
ggodkin@rmwbh.com

*Counsel for Defendant Christopher Payne*

Enclosure with attachments

# EXHIBIT 2

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 1. | United States | U.S. Attorney General<br>Pamela Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| 2. | Alabama | Alabama Attorney General<br>Steve Marshall, Attorney General<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 |
| 3. | Alaska | Alaska Attorney General<br>Stephen J. Cox, Attorney General<br>Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| 4. | American Samoa | American Samoa Attorney General<br>Gwen Tauiliili-Langkilde<br>Department of Legal Affairs<br>American Samoa Government<br>P.O. Box 7<br>Utulei, AS 96799 |
| 5. | Arizona | Arizona Attorney General<br>Kris Mayes, Attorney General<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| 6. | Arkansas | Arkansas Attorney General<br>Tim Griffin, Attorney General<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| 7. | California | California Attorney General<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |

1

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 8. | Colorado | Colorado Attorney General<br>Phil Weiser, Attorney General<br>Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 9. | Connecticut | Connecticut Attorney General<br>William Tong, Attorney General<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>AG.CAFA@CT.GOV |
| 10. | Delaware | Delaware Attorney General<br>Kathy Jennings, Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 North French Street<br>Wilmington, DE 19801 |
| 11. | District of Columbia | District of Columbia Attorney General<br>Attorney General Brian Schwalb<br>400 6th Street, NW<br>Washington, DC 20001 |
| 12. | Florida | Florida Attorney General<br>James Uthmeier, Attorney General<br>Office of the Attorney General State of Florida<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050 |
| 13. | Georgia | Georgia Attorney General<br>Chris Carr, Attorney General<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| 14. | Guam | Guam Attorney General<br>Doug Moylan<br>Office of the Attorney General Guam<br>590 S. Marine Corps Drive, Suite 902<br>Tamuning, Guam 96913 |

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 15. | Hawaii | Hawaii Attorney General<br>Anne E. Lopez, Attorney General<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| 16. | Idaho | Idaho Attorney General<br>Raúl R. Labrador, Attorney General<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |
| 17. | Illinois | Illinois Attorney General<br>Kwame Raoul, Attorney General<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62701 |
| 18. | Indiana | Indiana Attorney General<br>Todd Rokita, Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 |
| 19. | Iowa | Iowa Attorney General<br>Brenna Bird, Attorney General<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| 20. | Kansas | Kansas Attorney General<br>Kris W. Kobach, Attorney General<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 |
| 21. | Kentucky | Kentucky Attorney General<br>Russell Coleman, Attorney General<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 |

| No. | Jurisdiction | Recipient Name and Address |
|-----|--------------|----------------------------|
| 22. | Louisiana | Louisiana Attorney General<br>Liz Murrill, Attorney General<br><br>Office of the Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 |
| 23. | Maine | Maine Attorney General<br>Aaron Frey, Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| 24. | Maryland | Maryland Attorney General<br>Anthony G. Brown, Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| 25. | Massachusetts | Massachusetts Attorney General<br>Office of Massachusetts Attorney General Andrea Joy Campbell<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 |
| 26. | Michigan | Michigan Attorney General<br>Dana Nessel, Attorney General<br>Department of Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 |
| 27. | Minnesota | Minnesota Attorney General<br>Keith Ellison, Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 600<br>St. Paul, MN 55101 |

4

| No. | Jurisdiction | Recipient Name and Address |
|-----|--------------|----------------------------|
| 28. | Mississippi | Mississippi Attorney General<br>Lynn Fitch, Attorney General<br>Office of the Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 |
| 29. | Missouri | Missouri Attorney General<br>Catherine L. Hanaway, Attorney General<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| 30. | Montana | Montana Attorney General<br>Austin Knudsen, Attorney General<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| 31. | Nebraska | Nebraska Attorney General<br>Mike Hilgers, Attorney General<br>Nebraska Attorney General's Office<br>1445 K Street, Room 2115<br>P.O. Box 98920<br>Lincoln, NE 68508 |
| 32. | Nevada | Nevada Attorney General<br>CAFA Coordinator<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 N. Carson Street<br>Carson City, NV 89701<br>NVAGCAFAnotices@ag.nv.gov |
| 33. | New Hampshire | New Hampshire Attorney General<br>John M. Formella, Attorney General<br>Office of the Attorney General<br>NH Department of Justice<br>1 Granite Place South<br>Concord, NH 03301 |

5

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 34. | New Jersey | New Jersey Attorney General<br>Jennifer Davenport, Attorney General<br>Office of The Attorney General<br>Richard J. Hughes Justice Complex<br>8th Floor, West Wing<br>25 Market Street<br>Trenton, NJ 08625-0080 |
| 35. | New Mexico | New Mexico Attorney General<br>Raúl Torrez, Attorney General<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| 36. | New York | New York Attorney General<br>CAFA Coordinator<br>Office of the New York State Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 |
| 37. | North Carolina | North Carolina Attorney General<br>Jeff Jackson, Attorney General<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| 38. | North Dakota | North Dakota Attorney General<br>Drew H. Wrigley, Attorney General<br>Office of the Attorney General<br>600 East Boulevard Avenue, Department 125<br>Bismarck, ND 58505-0040 |
| 39. | Northern Mariana Islands | Northern Mariana Islands Attorney General<br>Edward E. Manibusan<br>Caller Box 10007<br>Saipan, MP 96950-8907 |
| 40. | Ohio | Ohio Attorney General<br>Dave Yost, Attorney General<br>Office of the Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |

6

| No. | Jurisdiction | Recipient Name and Address |
|-----|--------------|----------------------------|
| 41. | Oklahoma | Oklahoma Attorney General<br>Gentner Drummond, Attorney General<br>Office of The Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| 42. | Oregon | Oregon Attorney General<br>Dan Rayfield, Attorney General<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |
| 43. | Pennsylvania | Pennsylvania Attorney General<br>David W. Sunday, Jr., Attorney General<br>Pennsylvania Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| 44. | Puerto Rico | Puerto Rico Attorney General<br>Lourdes Lynnette Gómez Torres, Secretary of Justice<br>Puerto Rico Department of Justice<br>PO Box 9020192<br>San Juan, PR, 00902-0192 |
| 45. | Rhode Island | Rhode Island Attorney General<br>Peter F. Neronha, Attorney General<br>RI Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| 46. | South Carolina | South Carolina Attorney General<br>Alan Wilson, Attorney General<br>The Honorable Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| 47. | South Dakota | South Dakota Attorney General<br>Marty J. Jackley, Attorney General<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 |

7

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 48. | Tennessee | Tennessee Attorney General<br>Jonathan Skrmetti, Attorney General<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| 49. | Texas | Texas Attorney General<br>Ken Paxton, Attorney General<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| 50. | Utah | Utah Attorney General<br>Derek Brown, Attorney General<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| 51. | Vermont | Vermont Attorney General<br>Charity R. Clark, Attorney General<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 |
| 52. | Virginia | Virginia Attorney General<br>Jay Jones, Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219 |
| 53. | U.S. Virgin Islands | Attorney General of the U.S. Virgin Islands<br>Gordon C. Rhea<br>34-38 Kronprinsdens Gade<br>GERS Bldg., 2nd fl.<br>St. Thomas, VI 00802 |
| 54. | Washington | Washington Attorney General<br>Nick Brown, Attorney General<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA  98504-0100 |

8

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 55. | West Virginia | West Virginia Attorney General<br>John B. McCuskey, Attorney General<br>Office of the West Virginia Attorney General<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305 |
| 56. | Wisconsin | Wisconsin Attorney General<br>Josh Kaul, Attorney General<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| 57. | Wyoming | Wyoming Attorney General<br>Keith G. Kautz, Attorney General<br>Office of the Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002 |
| 58. | Federal Reserve | Mark E. Van Der Weide, Esq., General Counsel<br>Federal Reserve Board<br>20th Street & Constitution Avenue, NW<br>Washington DC 20551 |
| 59. | Office of the Comptroller of the Currency | Director, Litigation Division<br>Office of the Comptroller of the Currency<br>400 7th Street SW<br>Washington DC 20219 |
| 60. | FDIC | John F. Vogel, Regional Director<br>Federal Deposit Insurance Corporation<br>350 Fifth Avenue, Suite 1200<br>New York NY 10118 |
| 61. | NY - Office of the Comptroller of the Currency | Assistant Deputy Comptroller<br>Office of the Comptroller of the Currency - New York<br>340 Madison Avenue, Fourth Floor<br>New York NY 10173 |
| 62. | NY - Department of Financial Services | Department of Financial Services, Class Action Notice<br>One State Street, 19th Floor<br>New York NY 10004 |
| 63. | NY - Federal Reserve Bank of New York | Office of the Corporate Secretary, Executive Office<br>Federal Reserve Bank of New York<br>33 Liberty Street<br>New York NY 10045 |