IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE F45 TRAINING HOLDINGS, INC. SECURITIES LITIGATION | No. 1:22-CV-01291-DAE |

**JOINT STIPULATION AND ORDER CLARIFYING
SETTLEMENT EVENT DATES**

WHEREAS, as of February 13, 2026, Lead Plaintiff Pledge Capital LLC and named plaintiff Police and Fire Retirement System of the City of Detroit ("Plaintiffs"), on behalf of themselves and all other members of the Settlement Class, on the one hand, and defendant F45 Training Holdings, Inc. ("F45"); defendants Adam Gilchrist, Christopher E. Payne, Michael Raymond, Darren Richman, and Mark Wahlberg (the "Individual Defendants" and, together with F45, the "F45 Defendants"); and defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Robert W. Baird & Co. Incorporated, Cowen and Company, LLC, Guggenheim Securities, LLC, Macquarie Capital (USA) Inc., MUFG Securities Americas Inc., and Roth Capital Partners, LLC (the "Underwriter Defendants" and, together with the F45 Defendants, the "Settling Defendants"), on the other, entered into a Stipulation and Agreement of Settlement (the "Stipulation") in the above-captioned litigation (the "Action"), which is subject to review under Rule 23 of the Federal Rules of Civil Procedure and which, together with the exhibits thereto, sets forth the terms and conditions of the proposed settlement of the Action and the claims alleged in the Second Amended Class Action Complaint for Violations of the Federal Securities Laws, filed on January 25, 2024, on the merits and with prejudice (the "Settlement");

WHEREAS, a hearing to consider preliminary approval of the Settlement was held on April 16, 2026 and, thereafter, the Court entered the Order Preliminarily Granting Plaintiffs'

Motion to Approve Settlement, dated April 16, 2026 (ECF No. 140), ("Preliminary Approval Order");

WHEREAS, the Parties have conferred and believe that clarification of the interplay between the dates on page 17 and pages 21-33 of the Preliminary Approval Order is needed; and

WHEREAS, all capitalized terms used herein that are not otherwise defined herein have the meanings defined in the Stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, subject to the Court's approval, that notwithstanding anything to the contrary in the Preliminary Approval Order, the following dates, as set forth on page 17 of the Preliminary Approval Order, should be followed in connection with Settlement-related events:

| Event | Dates in ECF No. 140 at 17 |
| --- | --- |
| Deadline for commencement of mailing of the Postcard Notice ("Notice Date") | May 1, 2026 |
| Deadline for publishing the Summary Notice | May 10, 2026 |
| Deadline for filing motions in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's application for attorneys' fees and expenses | July 10, 2026 |
| Deadline for receipt of requests for exclusion or objections | July 24, 2026 |
| Deadline for submitting Claim Forms | August 1, 2026 |
| Deadline for filing reply papers | August 13, 2026 |
| Final Settlement Hearing | August 27, 2026 |

Dated:  April 17, 2026

**LABATON KELLER SUCHAROW LLP**

Alfred L. Fatale III (*pro hac vice*)
Guillaume Buell (TX Bar #24080813)

**GIBSON, DUNN & CRUTCHER LLP**

Gregg J. Costa
Texas Bar No. 24028160

-2-

140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
afatale@labaton.com
gbuell@labaton.com

*Lead Counsel for Lead Plaintiff Pledge Capital
LLC, Plaintiff Police and Fire Retirement
System of the City of Detroit, and the Proposed
Class*

**AKIN GUMP STRAUSS HAUER & FELD
LLP**

Andrew Mc Whorter /with permission
LKS

M. Scott Barnard
2300 N. Field St., Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
sbarnard@akingump.com

Stephen Baldini (*pro hac vice*)
Andrew McWhorter (*pro hac vice*)
1 Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

*Counsel for Defendants Darren Richman,
Mark Wahlberg, and Michael Raymond*

**HUGHES HUBBARD & REED LLP**

Shahzeb Lari /with permission LKS

Eric Blumenfeld
Shahzeb Lari (*pro hac vice*)

811 Main Street Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
gcosta@gibsondunn.com

Craig Varnen (*pro hac vice*)
California Bar. No. 170263
333 South Grand Avenue, 46th Floor
Los Angeles, CA 90071
Telephone: (213) 229-7922
Fax: (213) 229-6922
cvarnen@gibsondunn.com

Lissa M. Percopo (*pro hac vice*)
Washington, D.C. Bar No. 985736
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 530-9528
lpercopo@gibsondunn.com

*Counsel for Defendant F45 Training Holdings,
Inc.*

**O'MELVENY & MYERS LLP**

William J. Sushon /with permission LKS

Danny S. Ashby
2501 N. Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901
dashby@omm.com

Jonathan Rosenberg (*pro hac vice*)
William J. Sushon
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
jrosenberg@omm.com
wsushon@omm.com

One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6118
Fax: (212) 422-4726
Email: eric.blumenfeld@hugheshubbard.com
Email: shahzeb.lari@hugheshubbard.com

*Counsel for Defendant Adam Gilchrist*

*Counsel for Defendants Goldman Sachs & Co.
LLC, J.P. Morgan Securities LLC, Robert W.
Baird & Co. Incorporated, Cowen and
Company LLC ,Guggenheim Securities, LLC,
Macquarie Capital (USA) Inc., MUFG
Securities Americas Inc., Roth Capital
Partners, LLC*

**BLANK ROME LLP**

_____Linda Imes_____ / with permission HCS

Linda Imes (*pro hac vice*)
Rebecca Orel (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 885-5537
Linda.Imes@blankrome.com

RMWBH PC
Gregory Godkin
317 Grace Lane
Austin, TX 78746
Phone: (512) 279-7344
ggodkin@rmwbh.com

*Counsel for Defendant Christopher Payne*

IT IS SO ORDERED this _20th_ day of April, 2026.

_____
The Honorable David A. Ezra
Senior United States District Judge

-4-